IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11-CR-096-Y |
| | § | |
| JUAN CARLOS FERRER, Et Al. | § | |

## GOVERNMENT'S NOTICE OF EXPERT DESIGNATION

The United States of America files this designation of expert witnesses pursuant to the Court's order. The government intends to call:

1. Dr. W. Kent Glanville, DEA Senior Forensic Chemist

    This witness will testify regarding testing of narcotics seized in this investigation.

2. Brigid King, DEA Forensic Chemist

    This witness will testify regarding testing of narcotics seized in this investigation.

3. Paul Adams, DEA Senior Forensic Chemist

    This witness will testify regarding testing of narcotics seized in this investigation.

4. Dr. Xiu Liu, DEA Senior Forensic Chemist

    This witness will testify regarding testing of narcotics seized in this investigation.

**Expert Notice- Page 1**

5. Alayne Furgurson, Fort Worth Police Department Forensic Scientist

    This witness will testify regarding testing of narcotics seized in this investigation.

6. Jason Allison, Fort Worth Police Department Senior Forensic Scientist

    This witness will testify regarding testing of narcotics seized in this investigation.

7. Judy Love, Contract Linguist for the FBI

    This witness will testify about audio interceptions of defendants and will also identify defendants' voices.

8. Armondo Garza, Fort Worth Police Department Detective-Linguist

    This witness will testify about audio interceptions of defendants and will also identify defendants' voices.

9. Lisette Orocho, Contract Linguist for the FBI

    This witness will testify about audio interceptions of defendants and will also identify defendants' voices.

10. Johnny Sosa, Fort Worth Police Department

    Mr. Sosa will testify regarding all aspects of narcotics trafficking.

11. Ed Jacobson, Special Agent, FBI

    SA Jacobson will testify regarding narcotics trafficking, tools of the trade, and drug amounts. He will also testify regarding all technical aspects of Title III intercepts, pen registers, etc.

12. Perry Moore, TFO, Fort Worth Police Department

    TFO Moore will testify regarding all aspects of narcotics trafficking.

13. Brian Finney, Special Agent, DEA

    SA Finney will testify regarding all aspects of narcotics trafficking.

14. Andy Farrell, Special Agent, FBI

    Mr. Sosa will testify regarding all aspects of narcotics trafficking.

        Respectfully submitted,

        JAMES T. JACKS
        UNITED STATES ATTORNEY

        /s/ Joshua T. Burgess
        JOSHUA T. BURGESS
        Assistant United States Attorney
        Texas State Bar No. 24001809
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit #4
        Fort Worth, Texas  76102
        Telephone:  817.252.5200
        Facsimile:  817.978.3094
        Email: Joshua.Burgess@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2011, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the all of the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Joshua T. Burgess
        JOSHUA T. BURGESS
        Assistant United States Attorney