UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 14 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Type hearing: | Rearraignment - **NON-EVIDENTIARY** |
| Case number: | 4:11-CR-096-Y |
| Defendant: | REGINALD BROWN (23), sworn |
| Court Reporter: | ~~Ana Warren~~ Debbie Saenz |
| Interpreter: | _____ |
| US attorney: | Joshua Burgess |
| Defense attorney: | Jeffrey Grass |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | December 14, 2011 |
| Status: | Defendant enters a plea of guilty to count two of the eight-count superseding indictment. |
| | Deft TBS: 9:30 a.m., April 9, 2012. |
| | PSI Referral Form to defendant's attorney. |
| | Scheduling Order to follow. |
| | Deft's detention continued |
| Hearing concluded: | Yes |
| Deputy Clerk: | ~~Carmen Bush~~ Julie Harwell |