IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:11-CR-096-Y |
| REGINALD BROWN         (23) | § | |

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

**Acceptance of Responsibility - Page 1**

        Respectfully Submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY


        /s/ Joshua T. Burgess
        JOSHUA T. BURGESS
        Assistant United States Attorney
        Texas Bar No.24001809
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit #4
        Fort Worth, Texas 76102
        Telephone:   817.252.5200
        Facsimile:    817.978.3094


## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 29, 2011, I hand delivered a copy of the foregoing document to the U.S Probation Department and electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


        /s/ Joshua T. Burgess
        JOSHUA T. BURGESS
        Assistant United States Attorney