UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR - 9 2012
CLERK U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:11-CR-0096-Y (23) |
| Defendant: | REGINALD BROWN |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Joshua T. Burgess |
| Defense attorney: | Jeffrey C. Grass, attorney for the defendant |
| Time in Court: | 10 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | April 9, 2012 |
| Status: | Guilty plea accepted as to count two of the eight-count second superseding indictment Custody of Federal Bureau of Prison:188 months on count two of the eight-count second superseding indictment. The sentence imposed in this case shall run concurrently with any sentence imposed in Case No. 2011-C-2670 in Davidson County Criminal Court, Nashville, Tennessee, and in Case No. GS536933 in Davidson County General Sessions Court, Nashville, Tennessee. No Fine No Restitution Supervised release: five years. MSA: $100 due immediately The defendant's custody/detention is continued. Forfeiture as stated in J&C |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Charlotte White |
| US probation officer: | Colleen Hammons |