IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff | § | |
| vs. | § | CASE NUMBER:  4:11-CR-096 |
| | § § | |
| REGINALD BROWN (23) | § | JUDGE:  TERRY MEANS |
| | § | |
| Defendant | § | |

## NOTICE OF APPEAL

Notice is hereby given that REGINALD BROWN appeals to the United States Court of Appeals for the Fifth Circuit from the sentence entered in this action on April 9, 2012.

Dated this 10th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey Grass
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY C. GRASS, Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　101 E Park Blvd., Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　Plano, Texas 75074
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (214)273-7290
　　　　　　　　　　　　　　　　　　　　　　　　Fax Number:  (214)273-7291
　　　　　　　　　　　　　　　　　　　　　　　　Email: JCGrass@gmail.com