```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
 2                        FORT WORTH DIVISION

 3     UNITED STATES OF AMERICA,     ) CASE NO. 4:11-CR-096-Y
                 Government,          )
 4                                    ) FORT WORTH, TEXAS
       VERSUS                         )
 5                                    ) DECEMBER 14, 2011
       REGINALD BROWN (23),           )
 6     TIFFANY TABER (36),            )
       HAROLD GRUBBS (50),            )
 7     DAVEON McCULLOCH (58),         )
       ARASELI OROZCO (59),           )
 8               Defendants.          ) 9:16 A.M.

 9                             VOLUME 1 OF 1
                      TRANSCRIPT OF REARRAIGNMENT
10                BEFORE THE HONORABLE JEFFREY CURETON
                  UNITED STATES MAGISTRATE COURT JUDGE
11     ------------------------------------------------------------

12     UNITED STATES OF AMERICA,     ) CASE NO. 4:11-CR-181-Y
                 Government,          )
13                                    ) FORT WORTH, TEXAS
       VERSUS                         )
14                                    ) DECEMBER 14, 2011
       WILLIAM NATHANIEL CLARK,       )
15               Defendant.           ) 9:16 A.M.

16                             VOLUME 1 OF 1
                 TRANSCRIPT OF GUILTY PLEA AT ARRAIGNMENT
17                BEFORE THE HONORABLE JEFFREY CURETON
                  UNITED STATES MAGISTRATE COURT JUDGE
18     ------------------------------------------------------------

19     UNITED STATES OF AMERICA,     ) CASE NO. 4:11-CR-183-Y
                 Government,          )
20                                    ) FORT WORTH, TEXAS
       VERSUS                         )
21                                    ) DECEMBER 14, 2011
       YOULANDA ROCHELLE WRIGHT,      )
22               Defendant.           ) 9:16 A.M.

23                             VOLUME 1 OF 1
                 TRANSCRIPT OF GUILTY PLEA AT ARRAIGNMENT
24                BEFORE THE HONORABLE JEFFREY CURETON
                  UNITED STATES MAGISTRATE COURT JUDGE
25
```

**A P P E A R A N C E S:**

FOR THE GOVERNMENT:          MR. JOSHUA BURGESS (4:11-CR-096-Y)
                             MR. JAY WEIMER (4:11-CR-181-Y)
                             MR. MATT GULDE (4:11-CR-183-Y)
                             UNITED STATES DEPARTMENT OF JUSTICE
                             NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
                             Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200


FOR THE DEFENDANT:           MR. JEFFREY C. GRASS
Brown (23)                   Law Offices of Jeffrey C. Grass
                             Bank of America Tower
                             101 E. Park Blvd., Suite 600
                             Plano, Texas  75074-5483
                             Telephone:  214.273.7290


FOR THE DEFENDANT:           MS. RANDY W. BOWERS
Taber (36)                   Randy Bowers, Attorney at Law
                             3505 Airport Freeway
                             Fort Worth, Texas  76111
                             Telephone:  817.348.8094


FOR THE DEFENDANT:           MR. ANTHONY H. GREEN
Grubbs (50)                  Law Office of Anthony Green
                             207 S. Jennings Avenue
                             Fort Worth, Texas  76104
                             Telephone:  817.332.3803


FOR THE DEFENDANT:           MR. NEIL L. DURRANCE
McCulloch (58)               Law Office of Neil L. Durrance
                             1108 N. Locust
                             Denton, Texas  76201
                             Telephone:  940.898.1975

FOR THE DEFENDANT:           MR. KEN N. CUTRER
Orozco (59)                  Ken Cutrer, Attorney at Law
                             912 W. Belknap Street
                             Fort Worth, Texas  76102
                             Telephone:  817.877.1700

```
1   FOR THE DEFENDANT:        MR. DANNY FREISNER
    Clark                     Law Office of R.D. Freisner
2                             P.O. Box 635
                              Waxahachie, Texas   75168
3                             Telephone:  972.923.1899

4

5   FOR THE DEFENDANT:        MS. CATHERINE R. DUNNAVANT
    Wright                    Dunnavant & Associates, PLLC
6                             P.O. Box 171464
                              Arlington, Texas  76003-1464
7                             Telephone:  817.938.8782

8   COURT REPORTER:           MS. DEBRA G. SAENZ, CSR, RMR, CRR
                              501 W. 10th Street, Room 424
9                             Fort Worth, Texas  76102
                              Telephone:  817.850.6661
10                            E-Mail: debbie.saenz@yahoo.com

11

12  Proceedings reported by mechanical stenography, transcript

13  produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2     <u>PROCEEDING</u>                                    <u>PAGE</u>

3     Admonishments....................................   05

4     Grubbs Case Reset................................   06

5     Clark Name Change/Correction.....................   08

6     Taber Case Postponed to 3:00.....................   16

7     Guilty Pleas

8        By Defendant Brown............................   48

9        By Defendant McCulloch........................   48

10       By Defendant Orozco...........................   48

11       By Defendant Clark............................   48

12       By Defendant Wright...........................   49

13    Court's Findings.................................   52

14    Reporter's Certificate...........................   56

15    Word Index.......................................   57

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2              December 14, 2011 – 9:16 a.m.

3          *THE COURT:*  The Court has several matters set for

4    rearraignment.  As I call your name, if you would please come

5    forward and join your counsel in front of the bench.

6              In Cause Number 4:11-CR-96, United States versus

7    Reginald Brown.  Mr. Brown.

8              Also United States versus Tiffany Taber, same cause

9    number.

10             United States versus Harold Grubbs in the same cause

11   number.

12             United States versus Daveon McCulloch in the same

13   cause number.

14             And United States versus Araseli Orozco in the same

15   cause number.

16             In Cause Number 4:11-CR-181, United States versus

17   William Nathan Clark.

18             And in Cause Number 4:11-CR-183, United States

19   versus Youlanda Wright.

20             All right.  Let's make sure we're in order.  I need

21   Mr. Brown first, Ms. Taber, Mr. Grubbs, Mr. McCulloch,

22   Ms. Orozco, Mr. Clark, and Ms. Wright.

23             All right.  We've got a fairly large group, so I'm

24   going to ask everyone to speak up so that the court reporter

25   can hear your responses and properly record them.

1          Would each of the defendants please raise your right

2    hand and be sworn by the clerk.

3          (Seven (7) defendants sworn)

4          THE COURT:  Thank you.

5          Would you please state your full name for the

6    record?

7          We'll begin with Mr. Brown.

8          DEFENDANT BROWN:  Reginald Brown.

9          THE COURT:  And Ms. Taber?

10         DEFENDANT TABER:  Tiffany Kay Taber.

11         THE COURT:  Mr. Grubbs?

12         MR. GREEN:  Your Honor, Mr. Grubbs has bit his

13   tongue and had a seizure just the other day.  He's having a

14   really hard time talking and standing.  I don't know if you

15   wanted to reset this or --

16         THE COURT:  Mr. Grubbs, are you having -- will you

17   have difficulty speaking sufficiently to where I can

18   understand you and the court reporter can record your

19   responses?

20         DEFENDANT GRUBBS:  I can speak a little bit.

21         THE COURT:  Oh, all right.  Yeah, we're going to

22   reset Mr. Grubbs to allow that to heal.

23         Mr. Green, can you keep the Court posted as to how

24   your client is progressing?  We need to get him in here for

25   this proceeding, but it is a lot of speaking on his behalf,

1   and I don't think he's ready for it from what I can tell.

2           All right.  So, Mr. Grubbs, you are remanded to the

3   custody of the United States Marshal.

4           Mr. Green, you are excused.

5           *MR. GREEN:*  Thank you, Your Honor.

6           *THE COURT:*  Thank you, sir, for bringing it to my

7   attention.

8           (Defendant Grubbs and Mr. Green excused)

9           *THE COURT:*  All right.  Please state your full name.

10  Mr. McCulloch?

11          *DEFENDANT McCULLOCH:*  Daveon McCulloch.

12          *THE COURT:*  Ms. Orozco?

13          *DEFENDANT OROZCO:*  Araseli Orozco.

14          *THE COURT:*  Mr. Clark?

15          *DEFENDANT CLARK:*  William Nathaniel Clark.

16          *THE COURT:*  And Ms. Wright?

17          *DEFENDANT WRIGHT:*  Youlanda Rochelle Wright.

18          *THE COURT:*  Is your name spelled correctly in the

19  indictment or the information that has been returned against

20  you?

21          Mr. Brown?

22          *DEFENDANT BROWN:*  Yes, sir.

23          *THE COURT:*  Ms. Taber?

24          *DEFENDANT TABER:*  Yes, sir.

25          *THE COURT:*  Mr. McCulloch?

1          *DEFENDANT McCULLOCH:*  Yes.

2          *THE COURT:*  Ms. Orozco?

3          *DEFENDANT OROZCO:*  Yes.

4          *THE COURT:*  Mr. Clark?

5          *DEFENDANT CLARK:*  Yes.

6          *THE COURT:*  And Ms. Wright?

7          *DEFENDANT WRIGHT:*  Yes.

8          *MR. WEIMER:*  Your Honor?

9          *THE COURT:*  Yes.

10          *MR. WEIMER:*  Mr. Clark's name in the indictment is

11   spelled William Nathan Clark, and he just indicated that his

12   full middle name is Nathaniel.

13          *THE COURT:*  All right.

14          *MR. WEIMER:*  We would move to substitute Nathaniel

15   for Nathan in the indictment.

16          *THE COURT:*  I'll let the record reflect that his

17   true name is William Nathaniel Clark.  And Nathaniel -- how do

18   you spell Nathaniel, sir?

19          *DEFENDANT CLARK:*  N-A-T-H-A-N-I-E-L.

20          *THE COURT:*  All right.  So I'll have the record

21   reflect the true name of the defendant is William Nathaniel

22   Clark.

23          Ms. Wright, is your name spelled correctly in the

24   information that's been returned against you?

25          *DEFENDANT WRIGHT:*  Yes.

```
 1              THE COURT:  Do each of you understand that you are
 2   now under oath and that if you answer the Court's questions
 3   falsely your answers may later be used against you in a
 4   prosecution for perjury or for making a false statement?
 5              Mr. Brown?
 6              DEFENDANT BROWN:  Yes, sir.
 7              THE COURT:  Ms. Taber?
 8              DEFENDANT TABER:  Yes, sir.
 9              THE COURT:  Mr. McCulloch?
10              DEFENDANT McCULLOCH:  Yes.
11              THE COURT:  Ms. Orozco?
12              DEFENDANT OROZCO:  Yes.
13              THE COURT:  Mr. Clark?
14              DEFENDANT CLARK:  Yes.
15              THE COURT:  Ms. Wright?
16              DEFENDANT WRIGHT:  Yes.
17              THE COURT:  Do each of you read, write, and
18   understand the English language?
19              Mr. Brown?
20              DEFENDANT BROWN:  Yes, sir.
21              THE COURT:  Ms. Taber?
22              DEFENDANT TABER:  Yes, sir.
23              THE COURT:  Mr. McCulloch?
24              DEFENDANT McCULLOCH:  Yes.
25              THE COURT:  Ms. Orozco?
```

```
 1              DEFENDANT OROZCO:  Yes.

 2              THE COURT:  Mr. Clark?

 3              DEFENDANT CLARK:  Yes.

 4              THE COURT:  And Ms. Wright?

 5              DEFENDANT WRIGHT:  Yes.

 6              THE COURT:  Do each of you understand that I am

 7    conducting this hearing, rather than the district judge,

 8    however, it's the district judge who retains all final

 9    decision-making authority over your plea, and it's the

10    district judge who will conduct any sentencing in your case?

11              Mr. Brown?

12              DEFENDANT BROWN:  Yes, sir.

13              THE COURT:  Ms. Taber?

14              DEFENDANT TABER:  Yes, sir.

15              THE COURT:  Mr. McCulloch?

16              DEFENDANT McCULLOCH:  Yes.

17              THE COURT:  Ms. Orozco?

18              DEFENDANT OROZCO:  Yes.

19              THE COURT:  Mr. Clark?

20              DEFENDANT CLARK:  Yes.

21              THE COURT:  Ms. Wright?

22              DEFENDANT WRIGHT:  Yes.

23              THE COURT:  Now, I've been provided documents

24    entitled, Consent to Administration of Guilty Plea and

25    Allocution by United States Magistrate Judge, which appears to
```

1    be signed by each of you and your counsel.

2           Is this your signature that appears on this consent

3    form?

4           Mr. Brown?

5           *DEFENDANT BROWN:*  Yes, sir.

6           *THE COURT:*  Ms. Taber?

7           *DEFENDANT TABER:*  Yes, sir.

8           *THE COURT:*  Mr. McCulloch?

9           *DEFENDANT McCULLOCH:*  Yes.

10          *THE COURT:*  Ms. Orozco?

11          *DEFENDANT OROZCO:*  Yes.

12          *THE COURT:*  Mr. Clark?

13          *DEFENDANT CLARK:*  Yes.

14          *THE COURT:*  And Ms. Wright?

15          *DEFENDANT WRIGHT:*  Yes.

16          *THE COURT:*  I do find that each of you have

17   knowingly and voluntarily waived your right to enter your

18   guilty plea before the district judge and that you have

19   consented to proceed before me in that plea this morning.  I'm

20   signing an order to that effect in each of your cases.

21          Are there any of you that have any physical

22   impairment or disability which might make it difficult for you

23   to stand for approximately the next 30 to 35 minutes as we

24   conduct this proceeding?  Is there anyone?  Very well.  Then

25   let me give some general instructions.

```
1              You may, if you choose, plead not guilty to any

2    offense charged against you or persist in that plea if it's

3    already been made.  And if you plead not guilty, the

4    Constitution of the United States guarantees you the following

5    Constitutional rights:

6              You have the right to a speedy and public trial by a

7    jury in this district.

8              You have the right to confront, that is, to see,

9    hear, and cross-examine all witnesses against you.

10             You have the right to use the power and the process

11   of the court to compel the production of any evidence,

12   including the attendance of any witnesses in your behalf.

13             At such a trial, you could not be compelled to

14   testify and whether you would testify would be a matter in

15   which your judgment alone would control.

16             You have the right to have an attorney present at

17   all stages of the proceedings, and if you could not afford an

18   attorney, the Court would appoint an attorney for you.

19             At such a trial, the United States would be required

20   to prove your guilt beyond a reasonable doubt, and if you were

21   convicted, you would have the right to appeal your conviction.

22             Do each of you understand that you have and are

23   guaranteed these Constitutional rights?

24             Mr. Brown?

25             DEFENDANT BROWN:  Yes, sir.
```

```
1              THE COURT:  Ms. Taber?

2              DEFENDANT TABER:  Yes, sir.

3              THE COURT:  Mr. McCulloch?

4              DEFENDANT McCULLOCH:  Yes.

5              THE COURT:  Ms. Orozco?

6              DEFENDANT OROZCO:  Yes.

7              THE COURT:  Mr. Clark?

8              DEFENDANT CLARK:  Yes.

9              THE COURT:  Ms. Wright?

10             DEFENDANT WRIGHT:  Yes.

11             THE COURT:  Now, on the other hand, if you plead

12     guilty and if that plea is accepted by the Court, there will

13     not be a further trial of any kind, so that by pleading guilty

14     you would waive your right to a trial as well as those rights

15     associated with a trial as I've just described them.  Do each

16     of you understand?

17             Mr. Brown?

18             DEFENDANT BROWN:  Yes, sir.

19             THE COURT:  Ms. Taber?

20             DEFENDANT TABER:  Yes, sir.

21             THE COURT:  Mr. McCulloch?

22             DEFENDANT McCULLOCH:  Yes.

23             THE COURT:  Ms. Orozco?

24             DEFENDANT OROZCO:  Yes.

25             THE COURT:  Mr. Clark?
```

1          *DEFENDANT CLARK:*  Yes.

2          *THE COURT:*  And Ms. Wright?

3          *DEFENDANT WRIGHT:*  Yes.

4          *THE COURT:*  Now, generally a defendant who is

5    accused of a crime cannot plead guilty unless he or she is

6    actually guilty of that crime.  In federal court, the judge

7    determines the penalty if a defendant is convicted, whether

8    that conviction is upon a verdict of a jury or upon a plea of

9    guilty.

10         The Court has not and will not talk to anyone about

11   the facts of your case, except here in your presence, where

12   you, and your attorney, and representatives of the Government

13   are all present.  However, if a guilty verdict is entered, a

14   presentence report will be prepared and the Court will review

15   that report with probation officers outside of your presence.

16         If you plead guilty, you will be convicted.

17   However, you and your attorney each will be given an

18   opportunity to present to the Court any pleas for leniency.

19   The penalty will be decided based upon the facts heard in

20   court.

21         You should never depend or rely upon any promise or

22   statement by anyone, whether connected with law enforcement --

23   do we need a cough drop?

24         *DEFENDANT OROZCO:*  I'm sorry.

25         *THE COURT:*  No, it's okay.  I just -- I want to make

```
1    sure that you are able to hear, so let me back up.

2            You should never depend or rely upon any statement

3    or promise by anyone, whether connected with law enforcement,

4    or the Government, or anyone else, as to what penalty will be

5    assessed against you.

6            Should you decide to plead guilty, your plea of

7    guilty must not be induced or prompted by any promises,

8    pressure, threats, coercion, or force of any kind.  A plea of

9    guilty must be purely voluntary and you should plead guilty

10   only because you are guilty and for no other reason.

11           Do each of you understand each of my explanations

12   about the process and the consequences of pleading guilty?

13           Mr. Brown?

14           DEFENDANT BROWN:  Yes, sir.

15           THE COURT:  Ms. Taber?

16           DEFENDANT TABER:  Yes, sir.

17           THE COURT:  Mr. McCulloch?

18           DEFENDANT McCULLOCH:  Yes.

19           THE COURT:  Ms. Orozco?

20           DEFENDANT OROZCO:  Yes.

21           THE COURT:  Mr. Clark?

22           DEFENDANT CLARK:  Yes.

23           THE COURT:  And Ms. Wright?

24           DEFENDANT WRIGHT:  Yes.

25           THE COURT:  Under the Sentencing Reform Act of 1984,
```

1   as it's been construed by our Supreme Court, the United States

2   Sentencing Commission --

3            Ms. Bowers do you need a moment?

4            *MS. BOWERS:*  I do.

5            *THE COURT:*  Okay.

6            *(Pause in Proceedings, Ms. Bowers conferring with*

7            *Defendant Taber)*

8            *THE COURT:*  Ms. Bowers, is there an issue that we

9   need to discuss up here at the bench?

10           *MS. BOWERS:*  No, Your Honor.

11           *THE COURT:*  Are you sure?

12           Why don't I see the prosecutor and Ms. Bowers up

13  here real quick.

14           *(Off-the-record bench conference)*

15           *(Pause in Proceedings, Ms. Bowers conferring with*

16           *Defendant Taber)*

17           *THE COURT:*  All right.  Ms. Bowers?

18           *MS. BOWERS:*  Yes.

19           *THE COURT:*  We have four pleas set for this

20  afternoon.  I'm going to move you to the afternoon docket to

21  allow you and your client to work through this issue because

22  we have a lot of other people who will have to wait right now.

23           *MS. BOWERS:*  Okay.  I'm sorry.  I have a transfer

24  hearing on somebody that Judge Boyd's going to lose

25  jurisdiction on.  It's an assault case that's going to get

1    transferred to TDC at two o'clock.

2              *THE COURT:*  All right.

3              *MS. BOWERS:*  And we're pushed right up against the

4    deadline.  Could --

5              *THE COURT:*  That's why I'm doing afternoon pleas at

6    three o'clock on these cases.

7              *MS. BOWERS:*  That's good.

8              *THE COURT:*  At three o'clock, you can be here?

9              *MS. BOWERS:*  Three o'clock is good.

10             *THE COURT:*  All right.  Ms. Taber, you're remanded

11   to the custody of the United States Marshal.

12             Ms. Bowers, you're excused, and I'll see you both

13   back at three o'clock.

14             If the marshals could make a note, we'll have this

15   defendant come back at three.

16             *MS. BOWERS:*  Thank you.

17             (Defendant Taber and Ms. Bowers excused)

18             *THE COURT:*  All right.  Let me begin again with

19   regard to the sentencing instructions.

20             And under the Sentencing Reform Act of 1984, as

21   construed by our Supreme Court, the United States Sentencing

22   Commission has issued advisory guidelines for judges to

23   consider in determining the sentence in a criminal case.

24             Have you and your attorney discussed the charges

25   against you, the matter of sentencing, and how those

1    sentencing guidelines might apply to your case?

2              Mr. Brown?

3              *DEFENDANT BROWN:*  Yes, sir.

4              *THE COURT:*  Mr. McCulloch?

5              *DEFENDANT McCULLOCH:*  Yes, sir.

6              *THE COURT:*  Ms. Orozco?

7              *DEFENDANT OROZCO:*  Yes.

8              *THE COURT:*  Mr. Clark?

9              *DEFENDANT CLARK:*  Yes.

10             *THE COURT:*  And Ms. Wright?

11             *DEFENDANT WRIGHT:*  Yes.

12             *THE COURT:*  Even so, I must inform you that it's the

13   Court's obligation to calculate the sentencing guidelines and

14   to consider that range, along with any possible departures

15   under the guidelines, and other sentencing factors under 18

16   USC Section 3553(a).

17             The Court is not bound by facts that are stipulated

18   between you and your attorney on the one hand and the

19   Government on the other.  The Court can impose punishment that

20   might disregard stipulated facts or take into account facts

21   not mentioned in stipulations.  And in that event, you might

22   not even be permitted to withdraw your plea of guilty.

23             The Court will not be able to determine the

24   guideline range for your case until after the presentence

25   report has been completed, and you, and your attorney, and the

1    Government have all had an opportunity to challenge the facts

2    and the conclusions set forth in that report.

3            After the Court has determined what guideline range

4    is appropriate under the facts of your case, the Court has the

5    authority to impose a sentence that is above, below, or within

6    that guideline range, as long as the sentence imposed is

7    reasonable and it's based upon the facts and the law.

8            You have the right to appeal the sentence the Court

9    imposes, unless you waive that right.  And under some

10   circumstances, the Government also has the right to appeal.

11           Finally, within the federal system, parole has been

12   abolished, so that if you are sentenced to imprisonment, you

13   will not be released on parole.

14           Do each of you understand all of the explanations

15   that I have given with regard to sentencing?

16           Mr. Brown?

17           *DEFENDANT BROWN:*  Yes, sir.

18           *THE COURT:*  Mr. McCulloch?

19           *DEFENDANT McCULLOCH:*  Yes, sir.

20           *THE COURT:*  Ms. Orozco?

21           *DEFENDANT OROZCO:*  Yes.

22           *THE COURT:*  Mr. Clark?

23           *DEFENDANT CLARK:*  Yes.

24           *THE COURT:*  And Ms. Wright?

25           *DEFENDANT WRIGHT:*  Yes.

```
1              THE COURT:  How old are you?

2         Mr. Brown?

3         DEFENDANT BROWN:  41.

4         THE COURT:  Mr. McCulloch?

5         DEFENDANT McCULLOCH:  37.

6         THE COURT:  Ms. Orozco?

7         DEFENDANT OROZCO:  35.

8         THE COURT:  Mr. Clark?

9         DEFENDANT CLARK:  39.

10        THE COURT:  And Ms. Wright?

11        DEFENDANT WRIGHT:  35.

12        THE COURT:  And what is your date of birth?

13        Mr. Brown?

14        DEFENDANT BROWN:  4-30-70.

15        THE COURT:  Mr. McCulloch?

16        DEFENDANT McCULLOCH:  2-4-74.

17        THE COURT:  Ms. Orozco?

18        DEFENDANT OROZCO:  12-1-76.

19        THE COURT:  Mr. Clark?

20        DEFENDANT CLARK:  1-21-72.

21        THE COURT:  And Ms. Wright?

22        DEFENDANT WRIGHT:  3-9-76.

23        THE COURT:  Are you currently, or within the last

24   six months, have you been under the care of a physician or a

25   psychiatrist?
```

```
 1              Mr. Brown?

 2              DEFENDANT BROWN:  No, sir.

 3              THE COURT:  Mr. McCulloch?

 4              DEFENDANT McCULLOCH:  No.

 5              THE COURT:  Ms. Orozco?

 6              DEFENDANT OROZCO:  No.

 7              THE COURT:  Mr. Clark?

 8              DEFENDANT CLARK:  No.

 9              THE COURT:  Ms. Wright?

10              DEFENDANT WRIGHT:  Yes.

11              THE COURT:  Is there anything about that care or

12    treatment, Ms. Wright, that interferes with your ability to

13    understand today's proceedings?

14              DEFENDANT WRIGHT:  No.

15              THE COURT:  Have you been hospitalized or treated

16    for narcotics addiction or alcoholism?

17              Mr. Brown?

18              DEFENDANT BROWN:  No, sir.

19              THE COURT:  Mr. McCulloch?

20              DEFENDANT McCULLOCH:  No, sir.

21              THE COURT:  Ms. Orozco?

22              DEFENDANT OROZCO:  No.

23              THE COURT:  Mr. Clark?

24              DEFENDANT CLARK:  No.

25              THE COURT:  Ms. Wright?
```

1              *DEFENDANT WRIGHT:*  No.

2              *THE COURT:*  Are you now under the influence of

3    alcohol or any narcotic drug?

4              Mr. Brown?

5              *DEFENDANT BROWN:*  No, sir.

6              *THE COURT:*  Mr. McCulloch?

7              *DEFENDANT McCULLOCH:*  No.

8              *THE COURT:*  Ms. Orozco?

9              *DEFENDANT OROZCO:*  No.

10             *THE COURT:*  Mr. Clark?

11             *DEFENDANT CLARK:*  No.

12             *THE COURT:*  Ms. Wright?

13             *DEFENDANT WRIGHT:*  No.

14             *THE COURT:*  Do you suffer from any emotional or

15   mental disability?

16             Mr. Brown?

17             *DEFENDANT BROWN:*  No, sir.

18             *THE COURT:*  Mr. McCulloch?

19             *DEFENDANT McCULLOCH:*  No.

20             *THE COURT:*  Ms. Orozco?

21             *DEFENDANT OROZCO:*  No.

22             *THE COURT:*  Mr. Clark?

23             *DEFENDANT CLARK:*  No.

24             *THE COURT:*  Ms. Wright?

25             *DEFENDANT WRIGHT:*  Yes.

1           *THE COURT:*  You do?

2           *DEFENDANT WRIGHT:*  Uh-huh.

3           *THE COURT:*  All right.  Is there anything about that

4  disability that interferes with your understanding of today's

5  proceedings?

6           *DEFENDANT WRIGHT:*  No.

7           *THE COURT:*  All right.  The basic question is:  Are

8  you of sound mind and do you fully understand what it is we're

9  doing here today?

10          Mr. Brown?

11          *DEFENDANT BROWN:*  Yes, sir.

12          *THE COURT:*  Mr. McCulloch?

13          *DEFENDANT McCULLOCH:*  Yes, sir.

14          *THE COURT:*  Ms. Orozco?

15          *DEFENDANT OROZCO:*  Yes.

16          *THE COURT:*  Mr. Clark?

17          *DEFENDANT CLARK:*  Yes.

18          *THE COURT:*  Ms. Wright?

19          *DEFENDANT WRIGHT:*  Yes.

20          *THE COURT:*  To defense counsel, do you have any

21  reason to believe that your client is not fully competent to

22  enter a plea of guilty?

23          Mr. Grass?

24          *MR. GRASS:*  No, sir.

25          *THE COURT:*  Mr. Durrance?

1          *MR. DURRANCE:*  No, Your Honor.

2          *THE COURT:*  Mr. Cutrer?

3          *MR. CUTRER:*  No, Your Honor.

4          *THE COURT:*  Mr. Freisner?

5          *MR. FREISNER:*  No, Your Honor.

6          *THE COURT:*  Ms. Dunnavant?

7          *MS. DUNNAVANT:*  No, sir.

8          *THE COURT:*  And do you believe that the plea of

9  guilty that your client is proposing to make will be a knowing

10  and voluntary plea?

11          Mr. Grass?

12          *MR. GRASS:*  Yes, sir.

13          *THE COURT:*  Mr. Durrance?

14          *MR. DURRANCE:*  Yes, sir.

15          *THE COURT:*  Mr. Cutrer?

16          *MR. CUTRER:*  Yes, Your Honor.

17          *THE COURT:*  And Mr. Freisner?

18          *MR. FREISNER:*  Yes, Your Honor.

19          *THE COURT:*  Ms. Dunnavant?

20          *MS. DUNNAVANT:*  Yes, Your Honor.

21          *THE COURT:*  All right.  We have several defendants

22  that are proceeding -- that are proceeding on the basis of an

23  information.

24          So as to Defendants McCulloch, Clark, and Wright, do

25  each of you understand that you are charged with the

1    commission of a felony?

2              Mr. McCulloch?

3              *DEFENDANT McCULLOCH:*  Yes.

4              *THE COURT:*  Mr. Clark?

5              *DEFENDANT CLARK:*  Yes.

6              *THE COURT:*  Ms. Wright?

7              *DEFENDANT WRIGHT:*  Yes.

8              *THE COURT:*  And under the United States

9    Constitution, you may not be charged with a felony unless a

10   grand jury finds by the return of an indictment that there is

11   probable cause to believe that a crime has been committed and

12   that you have committed it.  However, you may waive your right

13   to indictment and consent to being charged by an information

14   filed by the United States Attorney.

15             Each of you face felony charges that have been

16   brought by the filing of just such an information.  If you do

17   not waive indictment and the Government wishes to pursue its

18   case against you, it must present its case to the grand jury

19   and request an indictment.

20             A grand jury is composed of at least 16, but not

21   more than 23 persons, and at least 12 grand jurors must find

22   that there is probable cause to believe that you committed the

23   crime with which you are charged before you may be indicted.

24   So the grand jury might or it might not indict you.

25             But if you waive indictment by the grand jury, the

```
 1   case will proceed against you based upon the information filed

 2   by the United States Attorney just as though you had been

 3   indicted.

 4            Have each of you discussed with your attorney the

 5   matter of waiving your right to indictment by the grand jury?

 6            Mr. McCulloch?

 7            DEFENDANT McCULLOCH:  Yes.

 8            THE COURT:  Mr. Clark?

 9            DEFENDANT CLARK:  Yes.

10            THE COURT:  Ms. Wright?

11            DEFENDANT WRIGHT:  Yes.

12            THE COURT:  I'm sorry, I can't hear you.

13            DEFENDANT WRIGHT:  Yes.

14            THE COURT:  Do you understand your right to

15   indictment by the grand jury?

16            Mr. McCulloch?

17            DEFENDANT McCULLOCH:  Yes.

18            THE COURT:  Mr. Clark?

19            DEFENDANT CLARK:  Yes.

20            THE COURT:  Ms. Wright?

21            DEFENDANT WRIGHT:  Yes.

22            THE COURT:  And have any threats or promises been

23   made to induce you to waive indictment?

24            Mr. McCulloch?

25            DEFENDANT McCULLOCH:  No.
```

```
 1              THE COURT:  Mr. Clark?

 2              DEFENDANT CLARK:  No.

 3              THE COURT:  Ms. Wright?

 4              DEFENDANT WRIGHT:  No.

 5              THE COURT:  Do you wish to waive your right to

 6    indictment by the grand jury?

 7              Mr. McCulloch?

 8              DEFENDANT McCULLOCH:  No.

 9              THE COURT:  You do not?

10              DEFENDANT McCULLOCH:  No.

11              THE COURT:  All right.  At this point we need to

12    have a conference.  Let me have the prosecutor and the defense

13    lawyer up at the bench, please.

14              (Off-the-record bench conference)

15              (Pause in Proceedings, conference between

16              Mr. Durrance, Mr. Burgess, and Defendant McCulloch

17              at this time)

18              MR. DURRANCE:  Your Honor, I believe we've clarified

19    the situation.

20              THE COURT:  All right.  Mr. McCulloch, you have had

21    a conference with your attorney.  Let me ask you the question

22    again.

23              Do you wish to waive your right to indictment by the

24    grand jury?

25              DEFENDANT McCULLOCH:  Yes.
```

```
 1              THE COURT:  Mr. Clark?

 2              DEFENDANT CLARK:  Yes.

 3              THE COURT:  Ms. Wright?

 4              DEFENDANT WRIGHT:  Yes.

 5              THE COURT:  To defense counsel, do you see any

 6    reason why your client should not waive indictment and is such

 7    waiver consistent with your advice?

 8              Mr. Durrance?

 9              MR. DURRANCE:  Yes, Your Honor.

10              THE COURT:  Mr. Freisner?

11              MR. FREISNER:  Yes, Your Honor.

12              THE COURT:  Ms. Dunnavant?

13              MS. DUNNAVANT:  Yes, sir, Your Honor.

14              THE COURT:  I've also been provided a written waiver

15    of indictment, which appears to be signed by each defendant.

16              Is this your signature that appears on the waiver of

17    indictment form?

18              Mr. McCulloch?

19              DEFENDANT McCULLOCH:  Yes.

20              THE COURT:  Mr. Clark?

21              DEFENDANT CLARK:  Yes.

22              THE COURT:  Ms. Wright?

23              DEFENDANT WRIGHT:  Yes.

24              THE COURT:  Very well.  Then I do find that each of

25    the defendants' waiver of indictment has been knowingly and
```

1    voluntarily made, and it is accepted by the Court.

2            In Mr. Clark's case, on the waiver of indictment

3    form, there is not a place for the Court to sign, so I am just

4    signing at the bottom indicating the Court's acceptance, for

5    purposes of the record.

6            All right.  Have each of you received a copy of the

7    charges against you, whether it's an indictment or an

8    information?

9            Mr. Brown?

10           *DEFENDANT BROWN:*  Yes, sir.

11           *THE COURT:*  Mr. McCulloch?

12           *DEFENDANT McCULLOCH:*  Yes.

13           *THE COURT:*  Ms. Orozco?

14           *DEFENDANT OROZCO:*  Yes.

15           *THE COURT:*  Mr. Clark?

16           *DEFENDANT CLARK:*  Yes.

17           *THE COURT:*  Ms. Wright?

18           *DEFENDANT WRIGHT:*  Yes.

19           *THE COURT:*  And have you read or had read to you the

20   charges, and do you fully understand the nature of those

21   charges?

22           Mr. Brown?

23           *DEFENDANT BROWN:*  Yes, sir.

24           *THE COURT:*  Mr. McCulloch?

25           *DEFENDANT McCULLOCH:*  Yes.

1          *THE COURT:*  Ms. Orozco?

2          *DEFENDANT OROZCO:*  Yes.

3          *THE COURT:*  Mr. Clark?

4          *DEFENDANT CLARK:*  Yes.

5          *THE COURT:*  Ms. Wright?

6          *DEFENDANT WRIGHT:*  Yes.

7          *THE COURT:*  Even so, it would be appropriate for the

8    United States Attorney to now read the counts -- count or

9    counts of the indictment or information into the record, but I

10   will allow you to waive that reading if you so choose.

11          Do you wish to have the charges read or do you waive

12   them at this time?

13          Mr. Brown?

14          *DEFENDANT BROWN:*  I waive.

15          *THE COURT:*  Mr. McCulloch?

16          Mr. McCulloch, do you want the one-count superseding

17   information read into the record?

18          *DEFENDANT McCULLOCH:*  Yes, sir.

19          *THE COURT:*  All right.  Mr. Burgess, I'll call upon

20   you to read the charges against Mr. McCulloch, please.

21          *MR. BURGESS:*  On or about September 24th, 2010, in

22   the Fort Worth Division of the Northern District of Texas, the

23   defendant, Daveon McCulloch, did knowingly and intentionally

24   use any communication facility, to wit, a cellular phone, in

25   the commission -- excuse me -- in facilitating the commission

1    of any act or act constituting a felony under 21 United States

2    Code Section 841(a) and 846, that is, conspiracy to distribute

3    cocaine.

4           THE COURT:  Mr. McCulloch, do you understand the

5    nature of the charge that's been read against you?

6           DEFENDANT McCULLOCH:  Yes, sir.

7           THE COURT:  Ms. Orozco, do you wish to have the

8    charges against you read or do you waive that reading?

9           DEFENDANT OROZCO:  I'll waive it.

10          THE COURT:  Mr. Clark?

11          DEFENDANT CLARK:  I'll waive.

12          THE COURT:  And Ms. Wright?

13          DEFENDANT WRIGHT:  Waive.

14          THE COURT:  Each of you also have the right to have

15   explained to you the essential elements of the offense charged

16   against you, and I will call upon United States Attorney to

17   now set out those essential elements as to each case.

18          We'll begin with Mr. Brown.  I'll call upon Mr. Josh

19   Burgess.

20          MR. BURGESS:  That two or more persons, directly or

21   indirectly, reached an agreement to possess with the intent to

22   distribute cocaine;

23          That the defendant knew of the unlawful purpose of

24   the agreement;

25          That the defendant joined in the agreement

1   willfully, that is, with the intent to further its unlawful

2   purpose;

3            And that the overall scope of the conspiracy

4   involved 5 kilograms or more of a mixture or substance

5   containing cocaine.

6            THE COURT:  Do you admit that you committed all of

7   the essential elements of the offense just described,

8   Mr. Brown?

9            DEFENDANT BROWN:  Yes, sir.

10           THE COURT:  All right.  And as to Defendant

11  McCulloch?

12           MR. BURGESS:  That the defendant knowingly used a

13  cellular telephone;

14           That the defendant acted with the intent to commit,

15  cause, or facilitate the commission of a drug felony, namely,

16  conspiracy to distribute a controlled substance.

17           THE COURT:  Do you admit that you committed all of

18  the essential elements of the offense just described,

19  Mr. McCulloch?

20           DEFENDANT McCULLOCH:  Yes.

21           THE COURT:  As to Defendant Orozco?

22           MR. BURGESS:  That two or more persons, directly or

23  indirectly, reached an agreement to cause or attempt to cause

24  the transport, transmission, and transfer of funds from a

25  place in the United States to or through a place outside the

1    United States;

2            That the financial transaction or attempted

3    financial transaction involved the proceeds of a specified

4    unlawful activity, namely, distribution or dispensation of a

5    controlled substance;

6            That the defendant knew that the property involved

7    in the financial transaction represented the proceeds of some

8    form of unlawful activity;

9            And that the defendant intended to avoid a

10   transaction reporting requirement under state or federal law.

11          *THE COURT:*  Do you admit that you committed all of

12   the essential elements of the offense just described against

13   you, Ms. Orozco?

14          *DEFENDANT OROZCO:*  Yes, sir.

15          *THE COURT:*  And as to Defendant Clark, I'll call

16   upon Mr. Jay Weimer in the U.S. Attorney's Office.

17          *MR. WEIMER:*  Your Honor, the Government would have

18   to prove:

19          First, that the defendant knowingly created a scheme

20   to defraud as described in the information.

21          Second, that the defendant acted with the specific

22   intent to defraud.

23          Third, that the defendant used interstate wire

24   communications facilities for the purpose of carrying out the

25   scheme.

1          And, fourth, that the scheme to defraud employed

2    false material representations.

3          THE COURT:  Mr. Clark, do you admit that you

4    committed all of the essential elements of the offense just

5    described against you?

6          DEFENDANT CLARK:  Yes.

7          THE COURT:  And as to Defendant Wright, I call upon

8    Mr. Matt Gulde.

9          MR. GULDE:  As to Count 1, the Government would have

10   to prove the following beyond a reasonable doubt:

11         First, that the defendant knowingly presented to an

12   agency of the United States a false or fraudulent claim

13   against the United States.

14         Second, that the defendant knew that the claim was

15   false or fraudulent.

16         And, third, that the false or fraudulent claim was

17   material.

18         To establish the offense alleged in Count 2 of the

19   information, the Government would have to prove beyond a

20   reasonable doubt:

21         First, the defendant knowingly possessed a means of

22   identification of another person.

23         Second, the defendant did so without lawful

24   authority.

25         And, third, that the defendant intended to commit a

1    false claim against the United States.

2             THE COURT:  And do you admit that you committed all

3    of the essential elements of the offense just described

4    against you, Ms. Wright?

5             DEFENDANT WRIGHT:  Yes.

6             THE COURT:  Now, each of you are appearing here with

7    your attorney and you've indicated that you have discussed

8    your case and the charges made against you, as well as the

9    issue of punishment and the sentencing guidelines with your

10   attorney.

11            Are you fully satisfied with the representation and

12   advice that you have received from your attorney in your case?

13            Mr. Brown?

14            DEFENDANT BROWN:  Yes, sir.

15            THE COURT:  Mr. McCulloch?

16            DEFENDANT McCULLOCH:  Yes.

17            THE COURT:  Ms. Orozco?

18            DEFENDANT OROZCO:  Yes.

19            THE COURT:  Mr. Clark?

20            DEFENDANT CLARK:  Yes.

21            THE COURT:  And Ms. Wright?

22            DEFENDANT WRIGHT:  Yes.

23            THE COURT:  Now, I have plea agreements for

24   defendants Brown, McCulloch, Orozco, and Clark.  The

25   defendant's signature appears on each of these cases, as well

```
 1    as defense counsel.  There is also a plea agreement supplement

 2    in each of these cases.

 3            Is this your signature that appears on the plea

 4    agreement and the plea agreement supplement?

 5            Mr. Brown?

 6            DEFENDANT BROWN:  Yes, sir.

 7            THE COURT:  Mr. McCulloch?

 8            DEFENDANT McCULLOCH:  Yes.

 9            THE COURT:  Ms. Orozco?

10            DEFENDANT OROZCO:  Yes.

11            THE COURT:  Mr. Clark?

12            DEFENDANT CLARK:  Yes.

13            THE COURT:  Did you read or have read to you the

14    plea agreement and the plea agreement supplement, and do you

15    fully understand these plea documents?

16            Mr. Brown?

17            DEFENDANT BROWN:  Yes, sir.

18            THE COURT:  Mr. McCulloch?

19            DEFENDANT McCULLOCH:  Yes.

20            THE COURT:  Ms. Orozco?

21            DEFENDANT OROZCO:  Yes.

22            THE COURT:  Mr. Clark?

23            DEFENDANT CLARK:  Yes.

24            THE COURT:  And by placing your signature upon these

25    documents, are you asking the Court to accept and approve your
```

1    plea agreement with the Government?

2              Mr. Brown?

3              *DEFENDANT BROWN:*  Yes, sir.

4              *THE COURT:*  Mr. McCulloch?

5              *DEFENDANT McCULLOCH:*  Yes.

6              *THE COURT:*  Ms. Orozco?

7              *DEFENDANT OROZCO:*  Yes.

8              *THE COURT:*  And Mr. Clark?

9              *DEFENDANT CLARK:*  Yes.

10             *THE COURT:*  In each of your plea agreements, there

11   is a waiver of appeal paragraph, and I want to direct your

12   attention to that paragraph of your plea agreement, which is

13   paragraph 11 as to Defendant Brown and McCulloch.  It is 12 as

14   to Ms. Orozco, and it is 11 as to Mr. Clark.

15             Did each of you read or have read to you and do you

16   fully understand the waiver of right to appeal paragraph in

17   your plea agreement?

18             Mr. Brown?

19             *DEFENDANT BROWN:*  Yes, sir.

20             *THE COURT:*  Mr. McCulloch?

21             *DEFENDANT McCULLOCH:*  Yes.

22             *THE COURT:*  Ms. Orozco?

23             *DEFENDANT OROZCO:*  Yes.

24             *THE COURT:*  Mr. Clark?

25             *DEFENDANT CLARK:*  Yes.

```
 1              THE COURT:  Did you discuss this with your attorney
 2    and do you knowingly and voluntarily waive your right to
 3    appeal as set forth in this paragraph of your plea agreement?
 4              Mr. Brown?
 5              DEFENDANT BROWN:  Yes, sir.
 6              THE COURT:  Mr. McCulloch?
 7              DEFENDANT McCULLOCH:  Yes.
 8              THE COURT:  Ms. Orozco?
 9              DEFENDANT OROZCO:  Yes.
10              THE COURT:  And Mr. Clark?
11              DEFENDANT CLARK:  Yes.
12              THE COURT:  Are all of the terms of your plea
13    agreement with the Government set forth in the plea agreement
14    and the plea agreement supplement?
15              Mr. Brown?
16              DEFENDANT BROWN:  Yes, sir.
17              THE COURT:  Mr. McCulloch?
18              DEFENDANT McCULLOCH:  Yes.
19              THE COURT:  Ms. Orozco?
20              DEFENDANT OROZCO:  Yes.
21              THE COURT:  And Mr. Clark?
22              DEFENDANT CLARK:  Yes, sir.
23              THE COURT:  And did you voluntarily and of your own
24    free will enter into this plea agreement with the Government?
25              Mr. Brown?
```

```
 1                DEFENDANT BROWN:  Yes, sir.

 2                THE COURT:  Mr. McCulloch?

 3                DEFENDANT McCULLOCH:  Yes.

 4                THE COURT:  Ms. Orozco?

 5                DEFENDANT OROZCO:  Yes.

 6                THE COURT:  And Mr. Clark?

 7                DEFENDANT CLARK:  Yes.

 8                THE COURT:  Other than the written plea agreement,

 9      has anyone made any promise or assurance to you of any kind in

10      an effort to induce you to enter a plea of guilty in your

11      case?

12                Mr. Brown?

13                DEFENDANT BROWN:  No, sir.

14                THE COURT:  Mr. McCulloch?

15                DEFENDANT McCULLOCH:  No.

16                THE COURT:  Ms. Orozco?

17                DEFENDANT OROZCO:  No.

18                THE COURT:  Mr. Clark?

19                DEFENDANT CLARK:  No.

20                THE COURT:  Ms. Wright, has anyone made any promise

21      or assurance to you of any kind in an effort to induce you to

22      enter a plea of guilty in your case?

23                DEFENDANT WRIGHT:  No.

24                THE COURT:  To all defendants, has anyone mentally,

25      physically, or in any other way attempted to force you to
```

1    plead guilty in your case?

2             Mr. Brown?

3             *DEFENDANT BROWN:* No, sir.

4             *THE COURT:* Mr. McCulloch?

5             *DEFENDANT McCULLOCH:* No.

6             *THE COURT:* Ms. Orozco?

7             *DEFENDANT OROZCO:* No.

8             *THE COURT:* Mr. Clark?

9             *DEFENDANT CLARK:* No.

10            *THE COURT:* Ms. Wright?

11            *DEFENDANT WRIGHT:* No.

12            *THE COURT:* And do each of you understand that if

13   your guilty plea is accepted, you will be adjudged guilty of

14   the offense to which you plead, and your punishment will be

15   assessed somewhere within the range of punishment provided by

16   statute?

17            Mr. Brown?

18            *DEFENDANT BROWN:* Yes, sir.

19            *THE COURT:* Mr. McCulloch?

20            *DEFENDANT McCULLOCH:* Yes.

21            *THE COURT:* Ms. Orozco?

22            *DEFENDANT OROZCO:* Yes.

23            *THE COURT:* Mr. Clark?

24            *DEFENDANT CLARK:* Yes.

25            *THE COURT:* And Ms. Wright?

1          *DEFENDANT WRIGHT:*  Yes.

2          *THE COURT:*  Are you a citizen of the United States?

3          Mr. Brown?

4          *DEFENDANT BROWN:*  Yes, sir.

5          *THE COURT:*  Mr. McCulloch?

6          *DEFENDANT McCULLOCH:*  Yes.

7          *THE COURT:*  Ms. Orozco?

8          *DEFENDANT OROZCO:*  Yes.

9          *THE COURT:*  Mr. Clark?

10          *DEFENDANT CLARK:*  Yes.

11          *THE COURT:*  Ms. Wright?

12          *DEFENDANT WRIGHT:*  Yes.

13          *THE COURT:*  I need to inform each of you, as

14   citizens, that the offense to which you are pleading guilty is

15   a felony and conviction of a felony may deprive you of certain

16   rights of citizenship, such as the right to vote, to hold

17   public office, to ever serve on a jury, to ever possess any

18   type of firearm, and other valuable rights.

19          Do each of you understand that consequence?

20          Mr. Brown?

21          *DEFENDANT BROWN:*  Yes, sir.

22          *THE COURT:*  Mr. McCulloch?

23          *DEFENDANT McCULLOCH:*  Yes.

24          *THE COURT:*  Ms. Orozco?

25          *DEFENDANT OROZCO:*  Yes.

1          *THE COURT:*  Mr. Clark?

2          *DEFENDANT CLARK:*  Yes.

3          *THE COURT:*  Ms. Wright?

4          *DEFENDANT WRIGHT:*  Yes.

5          *THE COURT:*  In addition, I'll now call upon the

6     United States Attorney's Office to set forth the penalties and

7     consequences of conviction for the charge to which each

8     defendant is pleading.

9          We'll begin with Mr. Burgess.

10          *MR. BURGESS:*  As to Mr. Brown, he faces imprisonment

11     for a period of not less than 10 years and not more than life

12     in prison; a fine not to exceed $10 million, or both fine and

13     imprisonment; a term of supervised release of not less than

14     five years.

15          If the defendant violates any condition of the term

16     of supervised release, the Court may revoke such release term

17     and require the defendant serve any or all of such term as an

18     additional period of confinement.  The effect of a revocation

19     of a term of supervised release is to make the overall period

20     of incarceration longer.

21          A mandatory special assessment of $100; costs of

22     incarceration and supervision; and forfeiture.

23          *THE COURT:*  Let's proceed as to each defendant.

24          *MR. BURGESS:*  As to Mr. McCulloch, he faces

25     imprisonment for a period of not more than 4 years; a fine not

1   to exceed $250,000, or twice any pecuniary gain to the

2   defendant; a mandatory term of supervised release of not more

3   than one year, which must follow any term of imprisonment.  If

4   the defendant violates the conditions of supervised release,

5   he could be imprisoned for an entire term of supervised

6   release.

7         A mandatory special assessment of $100; restitution

8   to victims or to the community, which may be mandatory under

9   the law and which the defendant agrees may include restitution

10  arising from all relevant conduct, not limited to that arising

11  from the offense of conviction alone; costs of incarceration

12  and supervision; and forfeiture.

13        As to Ms. Orozco:  Imprisonment for a period of not

14  more than 20 years; a fine not to exceed $500,000 or twice the

15  value of the monetary instrument that is the subject of

16  violation, or both fine and imprisonment; a term of supervised

17  release of at least three years, but not more than five

18  years -- could I have a moment, Your Honor?

19        THE COURT:  You may.

20        MR. BURGESS:  Okay.  Your Honor, I'm sorry, there's

21  an error.  In paragraph C under penalties, it says a term of

22  supervised release.  The portion that's in parenthesis is the

23  actual, accurate amount.  It conflicts with the word.  So it's

24  actually a term of supervised release of at least two years,

25  but not more than three years, so if we could just strike

1    through the three and the five.

2              THE COURT:  All right.  Let's do that.  I'm going to

3    hand down the factual resume.

4              Mr. Cutrer, would you approach?  If you could make

5    that change and have everyone initial it, please, in the

6    factual resume.

7              (Pause in Proceedings)

8              THE COURT:  You may proceed.

9              MR. BURGESS:  Thank you.

10             If the defendant violates any condition of a term of

11   supervised release, the Court may revoke any such release term

12   and require the defendant serve any or all of such term as an

13   additional period of confinement.  The effect of revocation of

14   a term of supervised release is to make the overall period of

15   incarceration longer.

16             A mandatory special assessment of $100; forfeiture

17   of money and property; and the costs of incarceration and

18   supervision.

19             THE COURT:  And as to Defendant Clark?

20             MR. WEIMER:  The maximum penalties include:

21   Imprisonment for a period not more than 20 years; a fine not

22   to exceed $250,000, or twice the amount of criminally derived

23   property involved in the transactions; a term of supervised

24   release of not more than three years, which may be mandatory

25   under the law and will follow any term of imprisonment.  If

1    the defendant violates the conditions of supervised release,

2    he could be imprisoned for the entire term of supervised

3    release.

4         A mandatory special assessment of $100; restitution

5    to victims or to the community, which may be mandatory under

6    the law and which defendant agrees may include restitution

7    arising from all relevant conduct, not limited to that arising

8    from the offense of conviction alone; and costs of

9    incarceration and supervision.

10        THE COURT:  And as to Defendant Wright?

11        MR. GULDE:  Penalties the Court could impose

12   include:  Imprisonment for a period of not more than 5 years

13   for each count, which terms could be ordered to run

14   consecutively for a total of 10 years; a fine not to exceed

15   $250,000 as to each count; a term of supervised release of not

16   more than three years on each count, which may be mandatory

17   and will follow any term of imprisonment.  If the defendant

18   violates the conditions of supervised release, she could be

19   imprisoned for the entire term of supervised release.

20        A mandatory special assessment of $200; and

21   restitution that the Court may order paid to any victim of her

22   crime, and the defendant agrees may include defendant's total

23   criminal conduct and is not limited to restitution

24   attributable to Counts 1 and 2 of the information.

25        THE COURT:  Do each of you understand that if you

1    plead guilty, you may be subject to the penalties and

2    consequences just explained to you for your case?

3            Mr. Brown?

4            *DEFENDANT BROWN:* Yes, sir.

5            *THE COURT:* Mr. McCulloch?

6            *DEFENDANT McCULLOCH:* Yes.

7            *THE COURT:* Ms. Orozco?

8            *DEFENDANT OROZCO:* Yes.

9            *THE COURT:* Mr. Clark?

10           *DEFENDANT CLARK:* Yes.

11           *THE COURT:* And Ms. Wright?

12           *DEFENDANT WRIGHT:* Yes.

13           *THE COURT:* I also have a document submitted in

14   Ms. Orozco's case, which is an immigration warning.

15           Is there some question as to her citizenship,

16   Mr. Cutrer?

17           *MR. CUTRER:* No, Your Honor.  It was just, I guess,

18   done out of an abundance of caution as a warning, but, no,

19   she's a citizen.

20           *THE COURT:* Very well.  Then this document is

21   superfluous, and I'm not going to make it part of the record.

22           All right.  Let's see.  Mr. Clark, I believe your

23   plea agreement does not provide for a specific recommendation

24   from the Government, so do you understand that if a sentence

25   you receive is more severe than you expect, you'll still be

1    bound by your plea of guilty and you will not have the right

2    to withdraw that plea?

3              *DEFENDANT CLARK:*  Yes, sir.

4              *THE COURT:*  To Defendants Brown, McCulloch, and

5    Ms. Orozco, your plea agreements with the Government includes

6    a promise by the Government to dismiss other charges against

7    you and/or an agreement that a specific sentence is

8    appropriate to the disposition of your case.

9              The Court, therefore, must decide whether to accept

10   your plea agreement, and if the Court decides to reject the

11   plea agreement, you will then have a right and opportunity to

12   withdraw your guilty plea and change it to not guilty.

13             Do each of you understand?

14             Mr. Brown?

15             *DEFENDANT BROWN:*  Yes, sir.

16             *THE COURT:*  Mr. McCulloch?

17             *DEFENDANT McCULLOCH:*  Yes.

18             *THE COURT:*  And Ms. Orozco?

19             *DEFENDANT OROZCO:*  Yes.

20             *THE COURT:*  All right.  We've covered a lot of

21   ground.  Is there any question from any defendant about

22   anything that we've covered up to this point?

23             Mr. Brown?

24             *DEFENDANT BROWN:*  No, sir.

25             *THE COURT:*  Mr. McCulloch?

1          *DEFENDANT McCULLOCH:*  No, sir.

2          *THE COURT:*  Ms. Orozco?

3          *DEFENDANT OROZCO:*  No.

4          *THE COURT:*  Mr. Clark?

5          *DEFENDANT CLARK:*  No.

6          *THE COURT:*  Ms. Wright?

7          *DEFENDANT WRIGHT:*  No.

8          *THE COURT:*  Then having heard all of the foregoing,

9   I now ask:

10          How do you plead to Count 2 of the 8-count

11   superseding indictment against you, Mr. Brown, guilty or not

12   guilty?

13          *DEFENDANT BROWN:*  Guilty.

14          *THE COURT:*  And how do you plead to the one-count

15   superseding information against you, Mr. McCulloch, guilty or

16   not guilty?

17          *DEFENDANT McCULLOCH:*  Guilty.

18          *THE COURT:*  How do you plead to Count 8 of the

19   8-count superseding indictment against you, Ms. Orozco, guilty

20   or not guilty?

21          *DEFENDANT OROZCO:*  Guilty.

22          *THE COURT:*  How do you plead to the one-count

23   information against you, Mr. Clark, guilty or not guilty?

24          *DEFENDANT CLARK:*  Guilty.

25          *THE COURT:*  And how do you plead to Counts 1 and 2

1    of the two-count information against you, Ms. Wright, guilty

2    or not guilty?

3              *DEFENDANT WRIGHT:*  Guilty.

4              *THE COURT:*  And to defense counsel, is the guilty

5    plea of your client consistent with your advice?

6              Mr. Grass?

7              *MR. GRASS:*  Yes, sir, it is.

8              *THE COURT:*  Mr. Durrance?

9              *MR. DURRANCE:*  Yes, it is.

10             *THE COURT:*  Mr. Cutrer?

11             *MR. CUTRER:*  It is.

12             *THE COURT:*  Mr. Freisner?

13             *MR. FREISNER:*  Yes, Your Honor.

14             *THE COURT:*  Ms. Dunnavant?

15             *MS. DUNNAVANT:*  Yes, sir.

16             *THE COURT:*  Then I'll accept each of the defendants

17   pleas of guilty on the basis of the factual support for such

18   plea, and I have been provided factual resumes which are

19   appropriately styled and numbered for each of the defendants

20   cases, which appear to be signed by the defendant and his

21   counsel, his or her counsel.

22             Have you read, or had read to you, the factual

23   resume, and do you fully understand everything that is in the

24   factual resume?

25             Mr. Brown?

1          *DEFENDANT BROWN:* Yes, sir.

2          *THE COURT:* Mr. McCulloch?

3          *DEFENDANT McCULLOCH:* Yes.

4          *THE COURT:* Ms. Orozco?

5          *DEFENDANT OROZCO:* Yes.

6          *THE COURT:* Mr. Clark?

7          *DEFENDANT CLARK:* Yes, sir.

8          *THE COURT:* And Ms. Wright?

9          *DEFENDANT WRIGHT:* Yes.

10         *THE COURT:* And is this your signature that appears

11  on the factual resume?

12         Mr. Brown?

13         *DEFENDANT BROWN:* Yes, sir.

14         *THE COURT:* Mr. McCulloch?

15         *DEFENDANT McCULLOCH:* Yes.

16         *THE COURT:* Ms. Orozco?

17         *DEFENDANT OROZCO:* Yes.

18         *THE COURT:* Mr. Clark?

19         *DEFENDANT CLARK:* Yes.

20         *THE COURT:* And Ms. Wright?

21         *DEFENDANT WRIGHT:* Yes.

22         *THE COURT:* At this time it would be appropriate for

23  the United States Attorney to read the stipulated facts

24  portion of your factual resume, however, because you've

25  indicated to me you understand it, that you have read it, and

1    that your signature appears on it, I will allow you to waive

2    the reading of those facts.

3            How do you wish to proceed?

4            Mr. Brown?

5            *DEFENDANT BROWN:*  I'll waive it.

6            *THE COURT:*  Mr. McCulloch?

7            *DEFENDANT McCULLOCH:*  Waive it.

8            *THE COURT:*  Mr. -- or Ms. Orozco?

9            *DEFENDANT OROZCO:*  I'll waive.

10           *THE COURT:*  Mr. Clark?

11           *DEFENDANT CLARK:*  Waive.

12           *THE COURT:*  And Ms. Wright?

13           *DEFENDANT WRIGHT:*  Waive.

14           *THE COURT:*  I will allow each of you to waive the

15   reading.

16           Are the facts stated in your factual resume true and

17   correct?

18           Mr. Brown?

19           *DEFENDANT BROWN:*  True.

20           *THE COURT:*  Mr. McCulloch?

21           *DEFENDANT McCULLOCH:*  True.

22           *THE COURT:*  Ms. Orozco?

23           *DEFENDANT OROZCO:*  Yes.

24           *THE COURT:*  Mr. Clark?

25           *DEFENDANT CLARK:*  Yes.

```
1                    THE COURT:  Ms. Wright?

2                    DEFENDANT WRIGHT:  Yes.

3                    THE COURT:  And to defense counsel, are the facts

4        stated in your client's factual resume consistent with the

5        true facts as you understand them?

6                    Mr. Grass?

7                    MR. GRASS:  Yes, they are.

8                    THE COURT:  Mr. Durrance?

9                    MR. DURRANCE:  Yes, Your Honor.

10                   THE COURT:  Mr. Cutrer?

11                   MR. CUTRER:  Yes, sir.

12                   THE COURT:  Mr. Freisner?

13                   MR. FREISNER:  Yes, Your Honor.

14                   THE COURT:  Ms. Dunnavant?

15                   MS. DUNNAVANT:  Yes, sir.

16                   THE COURT:  Very well.  Then I'm order the filing of

17       the factual resumes in each of your cases.

18                   The Court being satisfied with the responses given

19       during this hearing finds that each defendant is fully

20       competent and capable of entering an informed plea and that

21       his or her plea of guilty to the charges against them is a

22       knowing and voluntary plea supported by an independent basis

23       in fact containing each of the essential elements of the

24       offense charged against the defendant.

25                   I accept the plea of guilty, and I pronounce each of
```

1    you guilty of the offense to which you have pled.

2             A presentence report will be prepared by the

3    probation office to assist the Court in sentencing.  You will

4    be asked to give information for that report and your degree

5    of cooperation could be a factor in the severity of your

6    sentence.

7             Your attorney is ordered to be present at your

8    interview with a recent familiarity with Sentencing Guideline

9    Section 3E1.1, Application Note 1(a).

10            You and your counsel will be provided a copy of the

11   presentence report well in advance of the date of sentencing,

12   and you will have an opportunity to make any comments on it

13   and any objections to it.

14            Now, because I have conducted this hearing, rather

15   than the district judge, based upon your consent and the

16   district judge's referral of this matter to me, I am making a

17   written report to the district judge telling him what you have

18   said and done here today and what I have found.

19            I also inform you that if you or your counsel have

20   any objection to anything I've said or done, or to the written

21   report itself, then those objections must be filed within 14

22   days of the date of this hearing.

23            Mr. Brown and Ms. Orozco, you are each scheduled to

24   be sentenced before the Honorable Terry R. Means on April 9th,

25   2012, at 9:30 a.m.

1              Mr. McCulloch, you are scheduled to be sentenced on

2     March 26th, 2012, at 10:30 a.m., also before Judge Terry

3     Means.

4              Mr. Clark, you are scheduled to be sentenced

5     May 29th, 2012, at 10:30 a.m., also before Judge Means.

6              And Ms. Wright, you are scheduled to be sentenced

7     April 23rd, 2012, at 10:30 a.m., also by Judge Means, and he

8     will conduct those sentencings in this courtroom.

9              All right.  Defendants Brown and McCulloch, you are

10    each currently in the custody of the United States Marshal and

11    it's appropriate that you remain in that custody pending

12    further proceedings in your case; therefore, you are remanded

13    to the custody of the marshal at this time.

14             As to Defendants Orozco, Clark, and Wright, each of

15    you have been out on bond.

16             I ask the Government:  Is there any reason to

17    reconsider the status of bond as to these defendants?

18             Mr. Burgess?

19             MR. BURGESS:  Not as to any of them, Your Honor.

20             THE COURT:  All right.  Very well.  Then the

21    Government stipulates to facts sufficient for the Court to

22    find by clear and convincing evidence that these defendants do

23    not present a risk of flight or a danger to the community if

24    allowed to remain on bond?

25             MR. BURGESS:  We do, Your Honor.

1          THE COURT:  Very well.  Then the Court so finds each

2    of you, Ms. Orozco, Mr. Clark, Ms. Wright, are released upon

3    the same conditions of bond that you have been under.

4          The attorneys are excused.  Court is adjourned.

5          COURT SECURITY OFFICER:  All rise.

6          MR. GULDE:  Your Honor, you didn't mention

7    Ms. Wright in that -- and her release conditions.

8          THE COURT:  Oh, I said as to all defendants I

9    thought, I'm sorry.

10         MR. GULDE:  Okay.

11         THE COURT:  I make that finding as to all

12   defendants.  I understood the representation from the

13   Government applied to all.

14         MR. GULDE:  Thank you.

15         THE COURT:  Very well.

16         (End of Proceedings).

17

18

19

20

21

22

23

24

25

1                          **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3    foregoing is a true and correct transcript from the record

4    of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6    comply with those prescribed by the Court and the Judicial

7    Conference of the United States.

8          Signed this 17th day of July, 2012.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15   CSR Expires:          12/31/13

16   Business Address:     501 W. 10th Street, Room 424
                           Fort Worth, Texas  76102
17

18   Telephone:            817.850.6661

19   E-Mail Address:       debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$10 [1]  42/12
$100 [4]  42/21 43/7 44/16 45/4
$200 [1]  45/20
$250,000 [3]  43/1 44/22 45/15
$500,000 [1]  43/14

**/**

/s [1]  56/10

**0**

05 [1]  4/3
06 [1]  4/4
08 [1]  4/5

**1**

1-21-72 [1]  20/20
10 [2]  42/11 45/14
101 [1]  2/8
10:30 a.m [3]  54/2 54/5 54/7
10th [2]  3/8 56/16
11 [2]  37/13 37/14
1108 [1]  2/19
12 [2]  25/21 37/13
12-1-76 [1]  20/18
12/31/13 [1]  56/15
13 [1]  56/15
14 [5]  1/5 1/14 1/21 5/2 53/21
1464 [1]  3/6
16 [2]  4/6 25/20
1700 [1]  2/4
171464 [1]  3/6
17th [1]  56/8
18 [1]  18/15
181 [1]  5/16
183 [1]  5/18
1984 [2]  15/25 17/20

**2**

2-4-74 [1]  20/16
20 [2]  43/14 44/21
2010 [1]  30/21
2011 [4]  1/5 1/14 1/21 5/2
2012 [5]  53/25 54/2 54/5 54/7 56/8
207 [1]  2/5
21 [1]  31/1
214.273.7290 [1]  2/9
23 [3]  1/5 2/7 25/21
23rd [1]  54/7
24th [1]  30/21
26th [1]  54/2
29th [1]  54/5

**3**

3-9-76 [1]  20/22
30 [1]  11/23
3158 [1]  56/11
35 [3]  11/23 20/7 20/11
3505 [1]  2/12
3553 [1]  18/16
36 [2]  1/6 2/11
37 [1]  20/5
39 [1]  20/9
3:00 [1]  4/6
3E1.1 [1]  53/9

**4**

4-30-70 [1]  20/14
41 [1]  20/3
424 [2]  3/8 56/16
48 [4]  4/8 4/9 4/10 4/11
49 [1]  4/12

4:11-CR-096-Y [2]  1/3 2/2
4:11-CR-181-Y [1]  1/12 2/2
4:11-CR-181 [1]  5/18
4:11-CR-183 [1]  5/18
4:11-CR-183-Y [1]  1/19 2/3
4:11-CR-96 [1]  5/6

**5**

5 kilograms [1]  32/4
50 [2]  1/6 2/15
501 [2]  3/8 56/16
52 [1]  4/13
5483 [1]  2/9
56 [1]  4/14
57 [1]  4/15
58 [2]  1/7 2/18
59 [2]  1/7 2/21

**6**

600 [1]  2/8
635 [1]  3/2
6882 [1]  2/5

**7**

70 [1]  20/14
72 [1]  20/20
74 [1]  20/16
75074-5483 [1]  2/9
75168 [1]  3/2
76 [2]  20/18 20/22
76003-1464 [1]  3/6
76102 [3]  2/22 3/9 56/16
76102-6882 [1]  2/5
76104 [1]  2/16
76111 [1]  2/19
76201 [1]  2/19

**8**

8-count [2]  48/10 48/19
801 [1]  2/4
817.252.5200 [1]  2/5
817.332.3803 [1]  2/16
817.348.8094 [1]  2/13
817.850.6661 [2]  3/9 56/18
817.877.1700 [1]  2/23
817.938.8782 [1]  3/7
841 [1]  31/2
846 [1]  31/2

**9**

912 [1]  2/22
940.898.1975 [1]  2/20
96 [1]  5/6
972.923.1899 [1]  3/3
9:16 [4]  1/8 1/15 1/22 5/2
9:30 a.m [1]  53/25
9th [1]  53/24

**A**

a.m [8]  1/8 1/15 1/22 5/2 53/25 54/2 54/5 54/7
ability [1]  21/12
able [2]  15/1 18/23
abolished [1]  19/12
about [6]  14/10 15/12 21/11 23/3 30/21 47/21
above [1]  19/5
abundance [1]  46/18
accept [4]  36/25 47/9 49/16 52/25
acceptance [1]  29/4
accepted [3]  13/12 29/1 40/13
account [1]  18/20
accurate [1]  43/23

accused [1]  14/5
act [4]  1/6 25 17/20 31/1 34/1
acted [2]  32/14 33/21
activity [2]  33/4 33/8
actual [1]  43/23
actually [2]  14/6 43/24
addiction [1]  21/16
addition [1]  42/5
additional [2]  42/18 44/13
Address [2]  56/16 56/19
adjourned [1]  55/4
adjudged [1]  40/13
Administration [1]  10/24
admit [5]  32/6 32/17 33/11 34/3 35/2
Admonishments [1]  4/3
advance [1]  53/11
advice [3]  28/7 35/12 49/5
advisory [1]  17/22
afford [1]  12/17
after [2]  18/24 19/3
afternoon [3]  16/20 16/20 17/5
again [2]  17/18 27/22
against [29]  7/19 8/24 9/3 12/2 12/9 15/5 17/3 17/25 25/18 26/1 29/7 30/20 31/5 31/8 31/16 33/12 34/5 34/13 35/1 35/4 35/8 47/6 48/11 48/15 48/19 48/23 49/1 52/21 52/24
agency [1]  34/12
agreement [22]  31/21 31/24 31/25 32/23 36/1 36/4 36/4 36/14 36/14 37/1 37/12 37/17 38/3 38/13 38/13 38/14 38/24 39/8 46/23 47/7 47/10 47/11
agreements [3]  35/23 37/10 47/5
agrees [3]  43/9 45/6 45/22
Airport [1]  2/12
alcohol [1]  22/3
alcoholism [1]  21/16
all [46]  5/20 5/23 6/21 7/2 7/9 8/13 8/20 10/8 12/9 12/17 14/13 16/17 17/2 17/10 17/18 19/1 19/14 23/3 23/7 24/21 27/11 27/20 29/6 30/19 32/6 32/10 32/17 33/11 34/4 35/2 38/12 39/24 42/17 43/10 44/2 44/12 45/7 46/22 47/20 48/8 54/9 54/20 55/5 55/8 55/11 55/13
alleged [1]  34/18
Allocution [1]  10/25
allow [5]  6/22 16/21 30/10 51/1 51/14
allowed [1]  54/24
alone [3]  12/15 43/11 45/8
along [1]  18/14
already [1]  12/3
also [10]  5/8 19/10 28/14 31/14 36/1 46/13 53/19 54/2 54/5 54/7
am [3]  10/6 29/3 53/16
AMERICA [4]  1/3 1/12 1/19 2/8
amount [2]  43/23 44/22
and/or [1]  47/7
another [1]  34/22
answer [1]  9/2
answers [1]  9/3
ANTHONY [2]  2/14 2/15
any [43]  10/10 11/21 11/21 12/1 12/11 12/12 13/13 14/18 14/21 15/2 15/7 15/8 18/14 22/3 22/14 23/20 26/22 28/5 30/24 31/1 39/9 39/9 39/20 39/21 39/25 41/7 42/15 42/17 43/1 43/3 44/10 44/11 44/12 44/25 45/17 45/21 47/21 47/21 53/12 53/13 53/20 54/16 54/19
anyone [8]  11/24 14/10 14/22 15/3 15/4 39/9 39/20 39/24
anything [4]  21/11 23/3 47/22 53/20
appeal [6]  12/21 19/8 19/10 37/11 37/16 38/3

## A

appear [1] 49/20
appearing [1] 35/6
appears [8] 10/25 11/2 28/15 28/16 35/25 36/3 50/10 51/1
Application [1] 53/9
applied [1] 55/13
apply [1] 18/1
appoint [1] 12/18
approach [1] 44/4
appropriate [5] 19/4 30/7 47/8 50/22 54/11
appropriately [1] 49/19
approve [1] 36/25
approximately [1] 11/23
April [2] 53/24 54/7
April 23rd [1] 54/7
April 9th [1] 53/24
ARASELI [3] 1/7 5/14 7/13
are [38] 6/16 7/2 7/4 9/1 11/21 12/22 14/13 15/1 15/10 16/11 18/17 19/12 20/1 20/23 22/2 23/7 24/22 24/22 24/25 25/23 35/6 35/11 36/25 38/12 41/2 41/14 49/18 51/16 52/3 52/7 53/23 54/1 54/4 54/6 54/9 54/12 55/2 55/4
arising [4] 43/10 43/10 45/7 45/7
Arlington [1] 3/6
ARRAIGNMENT [2] 1/16 1/23
as [47] 5/4 6/23 11/23 13/14 13/14 13/15 15/4 16/1 17/20 19/6 19/6 24/24 26/2 31/17 32/10 32/21 33/15 33/20 34/7 34/9 35/8 35/8 35/25 36/1 37/13 37/13 37/14 38/3 41/13 41/16 42/10 42/17 42/23 42/24 43/13 44/12 44/19 45/10 45/15 46/15 46/18 52/5 54/14 54/17 54/19 55/8 55/11
ask [4] 5/24 27/21 48/9 54/16
asked [1] 53/4
asking [1] 36/25
assault [1] 16/25
assessed [2] 15/5 40/15
assessment [5] 42/21 43/7 44/16 45/4 45/20
assist [1] 53/3
associated [1] 13/15
Associates [1] 3/5
assurance [2] 39/9 39/21
attempt [1] 32/23
attempted [2] 33/2 39/25
attendance [1] 12/12
attention [2] 7/7 37/12
attorney [22] 2/11 2/21 12/16 12/18 12/18 14/12 14/17 17/24 18/18 18/25 25/14 26/2 26/4 27/21 30/8 31/16 35/7 35/10 35/12 38/1 50/23 53/7
Attorney's [2] 33/16 42/6
attorneys [1] 55/4
attributable [1] 45/24
authority [3] 10/9 19/5 34/24
Avenue [1] 2/15
avoid [1] 33/9

## B

back [3] 15/1 17/13 17/15
Bank [1] 2/8
based [4] 14/19 19/7 26/1 53/15
basic [1] 23/7
basis [3] 24/22 49/17 52/22
be [47] 6/2 9/3 11/1 12/13 12/14 12/19 13/13 14/14 14/16 14/19 14/19 15/4 15/7 15/9 17/8 18/22 18/23 19/13 24/9 25/9 25/23 28/15 30/7 40/13 40/14 43/5

43/8 44/24 45/2 45/5 45/13 45/16 45/18 46/1 46/25 49/20 50/22 53/2 53/4 53/5 53/7 53/10 53/21 53/24 54/1 54/4 54/6
because [4] 15/10 16/21 50/24 53/14
been [19] 7/19 8/24 10/23 12/3 16/1 18/25 19/11 20/24 21/15 25/11 25/15 26/2 26/22 28/14 28/25 31/5 49/18 54/15 55/3
before [9] 1/10 1/17 1/24 11/18 11/19 25/23 53/24 54/2 54/5
begin [4] 6/7 17/18 31/18 42/9
behalf [2] 6/25 12/12
being [2] 25/13 52/18
believe [6] 23/21 24/8 25/11 25/22 27/18 46/22
Belknap [1] 2/22
below [1] 19/12
bench [5] 5/5 16/9 16/14 27/13 27/14
between [2] 18/18 27/15
beyond [3] 12/20 34/10 34/19
birth [1] 20/12
bit [2] 6/12 6/20
Blvd [1] 2/8
bond [5] 54/5 54/17 54/24 55/3
both [3] 17/12 42/12 43/16
bottom [1] 29/4
bound [2] 18/17 47/1
BOWERS [10] 2/11 2/11 16/3 16/6 16/8 16/12 16/15 16/16 17/12 17/17
Box [2] 3/2 3/6
Boyd's [1] 16/24
bringing [1] 7/6
brought [2] 25/16
BROWN [57]
BURGESS [6] 2/2 27/16 30/19 31/19 42/9 54/18
Business [1] 56/16

## C

calculate [1] 18/13
call [7] 5/4 30/19 31/16 31/18 33/15 34/7 42/5
can [8] 5/25 6/17 6/18 6/20 6/23 7/1 17/8 18/19
can't [1] 26/12
cannot [1] 14/5
capable [1] 52/20
care [2] 20/24 21/11
carrying [1] 33/24
case [26] 1/3 1/12 1/19 4/4 4/6 10/10 14/11 16/25 17/23 18/1 18/24 19/4 25/18 25/18 26/1 29/2 31/17 35/8 35/12 39/11 39/22 40/1 46/2 46/14 47/8 54/12
cases [6] 11/20 17/6 35/25 36/2 49/20 52/17
CATHERINE [1] 3/5
cause [12] 5/6 5/8 5/10 5/13 5/15 5/16 5/18 25/11 25/22 32/15 32/23 32/23
caution [1] 46/18
cellular [2] 30/24 32/13
certain [1] 41/15
Certificate [2] 4/14 56/1
certify [2] 56/2 56/5
challenge [1] 19/1
change [3] 4/5 44/5 47/12
Change/Correction [1] 4/5
charge [2] 31/5 42/7
charged [7] 12/2 24/25 25/9 25/13 25/23 31/15 52/24
charges [11] 17/24 25/15 29/7 29/20 29/21 30/11 30/20 31/8 35/8 47/6 52/21
Cherry [1] 2/4
choose [2] 12/1 30/10

circumstances [1] 19/10
citizen [2] 41/13 41/19
citizens [1] 41/14
citizenship [2] 41/16 46/15
claim [4] 34/12 34/14 34/16 35/1
CLARK [67]
Clark's [2] 8/10 29/2
clear [1] 54/22
clerk [1] 6/2
client [6] 6/24 16/21 23/21 24/9 28/6 49/5
client's [1] 52/4
cocaine [3] 31/3 31/22 32/5
Code [1] 31/2
coercion [1] 15/8
come [2] 5/4 17/15
comments [1] 53/12
commission [6] 16/2 17/22 25/1 30/25 30/25 32/15
commission -- excuse [1] 30/25
commit [2] 32/14 34/25
committed [8] 25/11 25/12 25/22 32/6 32/17 33/11 34/4 35/2
communication [1] 30/24
communications [1] 33/24
community [3] 43/8 45/5 54/23
compel [1] 12/11
compelled [1] 12/13
competent [2] 23/21 52/20
completed [1] 18/25
comply [1] 56/6
composed [1] 25/20
computer [1] 3/13
conclusions [1] 19/2
condition [2] 42/15 44/10
conditions [5] 43/4 45/1 45/18 55/3 55/7
conduct [6] 10/10 11/24 43/10 45/7 45/23 54/8
conducted [1] 53/14
conducting [1] 10/7
conference [6] 16/14 27/12 27/14 27/15 27/21 56/7
conferring [1] 16/6 16/15
confinement [2] 42/18 44/13
conflicts [1] 43/23
confront [1] 12/8
connected [1] 14/22 15/3
consecutively [1] 45/14
consent [4] 10/24 11/2 25/13 53/15
consented [1] 11/19
consequence [1] 41/19
consequences [3] 15/12 42/7 46/2
consider [1] 17/23 18/14
consistent [3] 28/7 49/5 52/4
conspiracy [3] 31/2 32/3 32/16
constituting [1] 31/1
Constitution [1] 12/4 25/9
Constitutional [2] 12/5 12/23
construed [2] 16/1 17/21
containing [2] 32/5 52/23
control [1] 12/15
controlled [2] 32/16 33/5
convicted [3] 12/21 14/7 14/16
conviction [6] 12/21 14/8 41/15 42/7 43/11 45/8
convincing [1] 54/22
cooperation [1] 53/5
copy [2] 29/6 53/10
correct [2] 51/17 56/3
Correction [1] 4/5
correctly [2] 7/18 8/23
costs [4] 42/21 43/11 44/17 45/8

## C

cough [1] 14/23
could [13] 12/13 12/17 17/4 17/14 43/5
43/18 43/25 44/4 45/2 45/11 45/13
45/18 53/5
counsel [11] 5/5 11/1 23/20 28/5 36/1
49/4 49/21 49/21 52/3 53/10 53/19
count [14] 30/8 30/16 34/9 34/18 45/13
45/15 45/16 48/10 48/10 48/14 48/18
48/19 48/22 49/1
counts [4] 30/8 30/9 45/24 48/25
counts -- count [1] 30/8
court [41] 1/1 1/10 1/17 1/24 3/8 5/3
5/24 6/18 6/23 12/11 12/18 13/12 14/6
14/10 14/14 14/18 14/20 16/1 17/21
18/17 18/19 18/23 19/3 19/4 19/8 29/1
29/3 36/25 42/16 44/11 45/11 45/21
47/9 47/10 52/18 53/3 54/21 55/1 55/4
56/6 56/12
Court's [4] 4/13 9/2 18/13 29/4
courtroom [1] 54/8
covered [2] 47/20 47/22
CR [9] 1/3 1/12 1/19 2/2 2/2 2/3 5/6
5/16 5/18
created [1] 33/19
crime [5] 14/5 14/6 25/11 25/23 45/22
criminal [2] 17/23 45/23
criminally [1] 44/22
cross [1] 12/9
cross-examine [1] 12/9
CRR [3] 3/8 56/2 56/11
CSR [5] 3/8 56/2 56/11 56/11 56/15
CURETON [3] 1/10 1/17 1/24
currently [2] 20/23 54/10
custody [5] 7/3 17/11 54/10 54/11 54/13
CUTRER [8] 2/21 2/21 24/2 24/15 44/4
46/16 49/10 52/10

## D

danger [1] 54/23
DANNY [1] 3/1
date [3] 20/12 53/11 53/22
DAVEON [4] 1/7 5/12 7/11 30/23
day [2] 6/13 56/8
days [1] 53/22
deadline [1] 17/4
debbie.saenz [2] 3/10 56/19
DEBRA [4] 3/8 56/2 56/10 56/11
DECEMBER [4] 1/5 1/14 1/21 5/2
decide [2] 15/6 47/9
decided [1] 14/19
decides [1] 47/10
decision [1] 10/9
decision-making [1] 10/9
defendant [63]
defendant's [2] 35/25 45/22
defendants [16] 1/8 6/1 6/3 24/21 24/24
35/24 39/24 47/4 49/16 49/19 54/9
54/14 54/17 54/22 55/8 55/12
defendants' [1] 28/25
defense [6] 23/20 27/12 28/5 36/1 49/4
52/3
defraud [3] 33/20 33/22 34/1
degree [1] 53/4
Denton [1] 2/19
DEPARTMENT [1] 2/3
departures [1] 18/14
depend [2] 14/21 15/2
deprive [1] 41/15
derived [1] 44/22
described [7] 13/15 32/7 32/18 33/12
33/20 34/5 35/3

## E

E-Mail [2] 3/10 56/19
each [47] 6/1 9/1 9/17 10/6 11/1 11/16
11/20 12/22 13/15 14/17 15/11 15/11
19/14 24/25 25/15 26/4 28/15 28/24
29/6 31/14 31/17 35/6 35/25 36/2 37/10
37/15 40/12 41/13 41/19 42/7 42/23
45/13 45/15 45/16 45/25 47/13 49/16
49/19 51/14 52/17 52/19 52/23 52/25
53/23 54/10 54/14 55/1
effect [3] 11/20 42/18 44/13
effort [2] 39/10 39/21
elements [8] 31/15 31/17 32/7 32/18
33/12 34/4 35/3 52/23
else [1] 15/4
emotional [1] 22/14
employed [1] 34/1
End [1] 55/16
enforcement [2] 14/22 15/3
English [1] 9/18
enter [5] 11/17 23/22 38/24 39/10 39/22
entered [1] 14/13
entering [1] 52/20

determine [1] 18/23
determined [1] 19/3
determines [1] 14/7
determining [1] 17/23
did [6] 30/23 34/23 36/13 37/15 38/1
38/23
didn't [1] 55/6
difficult [1] 11/22
difficulty [1] 6/17
direct [1] 37/11
directly [2] 31/20 32/22
disability [3] 11/22 22/15 23/4
discuss [2] 16/9 38/1
discussed [3] 17/24 26/4 35/7
dismiss [1] 47/6
dispensation [1] 33/4
disposition [1] 47/8
disregard [1] 18/20
distribute [3] 31/2 31/22 32/16
distribution [1] 33/4
district [13] 1/1 1/1 2/4 10/7 10/8 10/10
11/18 12/7 30/22 53/15 53/16 53/17
56/12
DIVISION [3] 1/2 30/22 56/13
do [55] 8/17 9/1 9/17 10/6 11/16 12/22
13/15 14/23 15/11 16/3 16/4 19/14
22/14 23/1 23/8 23/20 24/8 24/24 25/16
26/14 27/5 27/9 27/23 28/5 28/24 29/20
30/11 30/11 30/16 31/4 31/7 31/8 32/6
32/17 33/11 34/3 35/2 36/14 37/15 38/2
40/12 41/19 44/2 45/25 46/24 47/13
48/10 48/14 48/18 48/22 48/25 49/23
51/3 54/22 54/25
docket [1] 16/20
document [2] 46/13 46/20
documents [3] 10/23 36/15 36/25
does [1] 46/23
doing [2] 17/5 23/9
don't [3] 6/14 7/1 16/12
done [3] 46/18 53/18 53/20
doubt [3] 12/20 34/10 34/20
down [1] 44/3
drop [1] 14/23
drug [2] 22/3 32/15
DUNNAVANT [7] 3/5 3/5 24/6 24/19
28/12 49/14 52/14
during [1] 52/19
DURRANCE [8] 2/18 2/18 23/25 24/13
27/16 28/8 49/8 52/8

entire [3] 43/5 45/2 45/19
entitled [2] 10/24 56/4
error [1] 43/21
essential [8] 31/15 31/17 32/7 32/18
33/12 34/4 35/3 52/23
establish [1] 34/18
even [3] 18/12 18/22 30/7
event [1] 18/21
ever [2] 41/17 41/17
everyone [2] 5/24 44/5
everything [1] 49/23
evidence [2] 12/11 54/22
examine [1] 12/9
exceed [5] 42/12 43/1 43/14 44/22
45/14
except [1] 14/11
excuse [1] 30/25
excused [5] 7/4 7/8 17/12 17/17 55/4
expect [1] 46/25
Expires [1] 56/15
explained [2] 31/15 46/2
explanations [2] 15/11 19/14

## F

face [1] 25/15
faces [2] 42/10 42/24
facilitate [1] 32/15
facilitating [1] 30/25
facilities [1] 33/24
facility [1] 30/24
fact [1] 52/23
factor [1] 53/5
factors [1] 18/15
facts [14] 14/11 14/19 18/17 18/20
18/20 19/1 19/4 19/7 50/23 51/2 51/16
52/3 52/5 54/21
factual [11] 44/3 44/6 49/17 49/18 49/22
49/24 50/11 50/24 51/16 52/4 52/17
fairly [1] 5/23
false [6] 9/4 34/2 34/12 34/15 34/16
35/1
falsely [1] 9/3
familiarity [1] 53/8
federal [3] 14/6 19/11 33/10
fees [1] 56/5
felony [7] 25/1 25/9 25/15 31/1 32/15
41/15 41/15
filed [3] 25/14 26/1 53/21
filing [2] 25/16 52/16
final [1] 10/8
Finally [1] 19/11
financial [3] 33/2 33/3 33/7
find [4] 11/16 25/21 28/24 54/22
finding [1] 55/11
Findings [1] 4/13
finds [3] 25/10 52/19 55/1
fine [7] 42/12 42/12 42/25 43/14 43/16
44/21 45/14
firearm [1] 41/18
first [4] 5/21 33/19 34/11 34/21
five [2] 42/14 43/17 44/1
flight [1] 54/23
follow [3] 43/3 44/25 45/17
following [2] 12/4 34/10
force [2] 15/8 39/25
foregoing [3] 48/8 56/3 56/4
forfeiture [2] 42/22 43/12 44/16
form [4] 11/3 28/17 29/3 33/8
format [1] 56/5
FORT [12] 1/2 1/4 1/13 1/20 2/5 2/12
2/16 2/22 3/9 30/22 56/13 56/16
forth [4] 19/2 38/3 38/13 42/6
forward [1] 5/5

## F

found [1] 53/18
four [1] 16/19
fourth [1] 34/1
fraudulent [3] 34/12 34/15 34/16
free [1] 38/24
Freeway [1] 2/12
FREISNER [7] 3/1 3/1 24/4 24/17 28/10
  49/12 52/12
front [1] 5/5
full [3] 6/5 7/9 8/12
fully [8] 23/8 23/21 29/20 35/11 36/15
  37/16 49/23 52/19
funds [1] 32/24
further [4] 13/13 32/1 54/12 56/5

## G

gain [1] 43/1
general [1] 11/25
generally [1] 14/4
get [2] 6/24 16/25
give [2] 11/25 53/4
given [3] 14/17 19/15 52/18
going [7] 5/24 6/21 16/20 16/24 16/25
  44/2 46/21
good [2] 17/7 17/9
got [1] 5/23
Government [22] 1/3 1/12 1/19 2/2
  14/12 15/4 18/19 19/1 19/10 25/17
  33/17 34/9 34/19 37/1 38/13 38/24
  46/24 47/5 47/6 54/16 54/21 55/13
grand [10] 25/10 25/18 25/20 25/21
  25/24 25/25 26/5 26/15 27/6 27/24
GRASS [6] 2/7 2/7 23/23 24/11 49/6
  52/6
GREEN [5] 2/14 2/15 6/23 7/4 7/8
ground [1] 47/21
group [1] 5/23
GRUBBS [11] 1/6 2/15 4/4 5/10 5/21
  6/11 6/12 6/16 6/22 7/2 7/8
guaranteed [1] 12/23
guarantees [1] 12/4
guess [1] 46/17
guideline [4] 18/24 19/3 19/6 53/8
guidelines [5] 17/22 18/1 18/13 18/15
  35/9
guilt [1] 12/20
guilty [53] 1/16 1/23 4/7 10/24 11/18
  12/1 12/3 13/12 13/13 14/5 14/6 14/9
  14/13 14/16 15/6 15/7 15/9 15/9 15/10
  15/12 18/22 23/22 24/9 39/10 39/22
  40/1 40/13 40/13 41/14 46/1 47/1 47/12
  47/12 48/11 48/12 48/13 48/15 48/16
  48/17 48/19 48/20 48/21 48/23 48/23
  48/24 49/1 49/2 49/3 49/4 49/17 52/21
  52/25 53/1
GULDE [2] 2/3 34/8

## H

had [6] 6/13 19/1 26/2 27/20 29/19
  49/22
hand [4] 6/2 13/11 18/18 44/3
hard [1] 6/14
HAROLD [2] 1/6 5/10
has [15] 5/3 6/12 7/19 14/10 17/22
  18/25 19/3 19/4 19/10 19/11 25/11
  28/25 39/9 39/20 39/24
have [62]
having [5] 6/13 6/16 48/8
he [7] 8/11 14/5 42/10 42/24 43/5 45/2
  54/7
he's [2] 6/13 7/1

heal [1] 6/22
heal [4] 6/25 12/9 15/7 36/12
heard [2] 14/19 48/8
hearing [5] 10/7 16/24 52/19 53/14
  53/22
her [5] 45/21 46/15 49/21 52/21 55/7
here [8] 6/24 14/11 16/9 16/13 17/8
  23/9 35/6 53/18
him [2] 6/24 53/17
his [7] 6/12 6/25 8/11 8/16 49/20 49/21
  52/21
hold [1] 41/16
Honor [24] 6/12 7/5 8/8 16/10 24/1 24/3
  24/5 24/16 24/18 24/20 27/18 28/9
  28/11 28/13 33/17 43/18 43/20 46/17
  49/13 52/9 52/13 54/19 54/25 55/6
HONORABLE [4] 1/10 1/17 1/24 53/24
hospitalized [1] 21/15
how [10] 6/23 8/17 17/25 20/1 48/10
  48/14 48/18 48/22 48/25 51/3
however [5] 10/8 14/13 14/17 25/12
  50/24
huh [1] 23/2

## I

I'll [12] 8/16 8/20 17/12 30/19 31/9
  31/11 31/18 33/15 42/5 49/16 51/5 51/9
I'm [12] 5/23 11/19 14/24 16/20 16/23
  17/5 26/12 43/20 44/2 46/21 52/16 55/9
I've [4] 10/23 13/15 28/14 53/20
identification [1] 34/22
immigration [1] 46/14
impairment [1] 11/22
impose [3] 18/19 19/5 45/11
imposed [1] 19/6
imposes [1] 19/9
imprisoned [3] 43/5 45/2 45/19
imprisonment [11] 19/12 42/10 42/13
  42/25 43/3 43/13 43/16 44/21 44/25
  45/12 45/17
incarceration [6] 42/20 42/22 43/11
  44/15 44/17 45/9
include [5] 43/9 44/20 45/6 45/12 45/22
includes [1] 47/5
including [1] 12/12
independent [1] 52/22
Index [1] 4/15
indicated [3] 8/11 35/7 50/25
indicating [1] 29/4
indict [1] 25/24
indicted [2] 25/23 26/3
indictment [22] 7/19 8/10 8/15 25/10
  25/13 25/17 25/19 25/25 26/5 26/15
  26/23 27/6 27/23 28/6 28/15 28/17
  28/25 29/2 29/7 30/9 48/11 48/19
indirectly [2] 31/21 32/23
induce [3] 26/23 39/10 39/21
induced [1] 15/7
influence [1] 17/22
inform [3] 18/12 41/13 53/19
information [16] 7/19 8/24 24/23 25/13
  25/16 26/1 29/8 30/9 30/17 33/20 34/19
  45/24 48/15 48/23 49/1 53/4
informed [1] 52/20
initial [1] 44/5
instructions [2] 11/25 17/19
instrument [1] 43/15
intended [2] 33/9 34/25
intent [4] 31/21 32/1 32/14 33/22
intentionally [1] 30/23
interferes [1] 21/12 23/4
interstate [1] 33/23
interview [1] 53/8

involved [4] 32/4 33/3 33/6 44/23
  [s7/1]
issue [3] 16/8 16/21 35/9
issued [1] 17/22
it [30] 6/25 7/1 7/6 11/22 23/8 25/12
  25/18 25/24 29/1 30/7 31/9 37/13 37/14
  43/21 43/23 44/5 46/17 46/21 47/12
  49/7 49/9 49/11 50/22 50/25 50/25 51/1
  51/5 51/7 53/12 53/13
it's [11] 10/8 10/9 12/2 14/25 16/1 16/25
  18/12 19/7 29/7 43/23 54/11
its [3] 25/17 25/18 32/1
itself [1] 53/21

## J

JAY [2] 2/2 33/16
JEFFREY [5] 1/10 1/17 1/24 2/7 2/7
Jennings [1] 2/15
join [1] 5/5
joined [1] 31/25
Josh [1] 31/18
JOSHUA [1] 2/2
judge [15] 1/10 1/17 1/24 10/7 10/8
  10/10 10/25 11/18 14/6 16/24 53/15
  53/17 54/2 54/5 54/7
judge's [1] 53/16
judges [1] 17/22
judgment [1] 12/15
Judicial [1] 56/6
July [1] 56/8
jurisdiction [1] 16/25
jurors [1] 25/21
jury [12] 12/7 14/8 25/10 25/18 25/20
  25/24 25/25 26/5 26/15 27/6 27/24
  41/17
just [15] 6/13 8/11 13/15 14/25 25/16
  26/2 29/3 32/7 32/18 33/12 34/4 35/3
  43/25 46/2 46/17
JUSTICE [1] 2/3

## K

Kay [1] 6/10
keep [1] 6/23
KEN [2] 2/21 2/21
kilograms [1] 32/4
kind [4] 13/13 15/8 39/9 39/21
knew [3] 31/23 33/6 34/14
know [1] 6/14
knowing [2] 24/9 52/22
knowingly [8] 11/17 28/25 30/23 32/12
  33/19 34/11 34/21 38/2

## L

language [1] 9/18
large [1] 5/23
last [1] 20/23
later [1] 9/3
law [13] 2/7 2/11 2/15 2/18 2/21 3/1
  14/22 15/3 19/7 33/10 43/9 44/25 45/6
lawful [1] 34/23
lawyer [1] 27/13
least [4] 25/20 25/21 43/17 43/24
leniency [1] 14/18
less [2] 42/11 42/13
let [6] 8/16 11/25 15/1 17/18 27/12
  27/21
Let's [4] 5/20 42/23 44/2 46/22
life [1] 42/11
limited [3] 43/10 45/7 45/23
little [1] 6/20
Locust [1] 2/19
long [1] 19/6
longer [2] 42/20 44/15

## L

lose [1] 16/24
lot [3] 6/25 16/22 47/20

## M

made [6] 12/3 26/23 29/1 35/8 39/9 39/20
MAGISTRATE [4] 1/10 1/17 1/24 10/25
Mail [2] 3/10 56/19
make [11] 5/20 11/22 14/25 17/14 24/9 42/19 44/4 44/14 46/21 53/12 55/11
making [3] 9/4 10/9 53/16
mandatory [10] 42/21 43/2 43/7 43/8 44/16 44/24 45/4 45/5 45/16 45/20
March [1] 54/2
March 26th [1] 54/2
marshal [4] 7/3 17/11 54/10 54/13
marshals [1] 17/14
material [2] 34/2 34/17
MATT [2] 2/3 34/8
matter [5] 12/14 17/25 26/5 53/16 56/4
matters [1] 5/3
maximum [1] 44/20
may [20] 9/3 12/1 25/9 25/12 25/23 41/15 42/16 43/8 43/9 43/19 44/11 44/24 45/5 45/6 45/16 45/21 45/22 46/1 54/5
May 29th [1] 54/5
McCULLOCH [69]
me [9] 11/19 11/25 15/1 17/18 27/12 27/21 30/25 50/25 53/16
means [5] 34/21 53/24 54/3 54/5 54/7
mechanical [1] 3/12
mental [1] 22/15
mentally [1] 39/24
mention [1] 55/6
mentioned [1] 18/21
middle [1] 8/12
might [6] 11/22 18/1 18/20 18/21 25/24 25/24
million [1] 42/12
mind [1] 23/8
minutes [1] 11/23
mixture [1] 32/4
moment [2] 16/3 43/18
monetary [1] 43/15
money [1] 44/17
months [1] 20/24
more [15] 25/21 31/20 32/4 32/22 42/11 42/25 43/2 43/14 43/17 43/25 44/21 44/24 45/12 45/16 46/25
morning [1] 11/19
move [2] 8/14 16/20
MR [13] 2/2 2/2 2/3 2/7 2/14 2/18 2/21 3/1 7/8 7/10 20/4 27/16 27/16
Mr. [192]
Mr. -- or [1] 51/8
Mr. Brown [48] 5/7 5/21 6/7 7/21 9/5 9/19 10/11 11/4 12/24 13/17 15/13 18/2 19/16 20/2 20/13 21/1 21/17 22/4 22/16 23/10 29/9 29/22 30/13 31/18 32/8 35/13 36/5 36/16 37/2 37/18 38/4 38/15 38/25 39/12 40/2 40/17 41/3 41/20 42/10 46/3 47/14 47/23 48/11 49/25 50/12 51/4 51/18 53/23
Mr. Burgess [3] 30/19 42/9 54/18
Mr. Clark [53] 5/22 7/14 8/4 9/13 10/2 10/19 11/12 13/7 13/25 15/21 18/8 19/22 20/8 20/19 21/7 21/23 22/10 22/22 23/16 25/24 26/18 27/1 28/1 28/20 29/15 30/3 31/10 34/3 35/19 36/11 36/22 37/8 37/14 37/24 38/10
38/21 39/6 39/18 40/8 40/23 41/9 42/1 46/6 48/22 48/4 48/23 50/5 50/18 51/10 51/24 54/4 55/2
Mr. Clark's [2] 8/10 29/2
Mr. Cutrer [6] 24/2 24/15 44/4 46/16 49/10 52/10
Mr. Durrance [3] 23/25 24/13 28/8 49/8 52/8
Mr. Freisner [5] 24/4 24/17 28/10 49/12 52/12
Mr. Grass [4] 23/23 24/11 49/6 52/6
Mr. Green [2] 6/23 7/4
Mr. Grubbs [6] 5/21 6/11 6/12 6/16 6/22 7/2
Mr. Jay [1] 33/16
Mr. Josh [1] 31/18
Mr. Matt [1] 34/8
Mr. McCulloch [54] 5/21 7/25 9/9 9/23 10/15 11/8 13/3 13/21 15/17 18/4 19/18 20/15 21/3 21/19 22/6 22/18 23/12 25/2 26/6 26/16 26/24 27/7 27/20 28/18 29/11 29/24 30/15 30/16 30/20 31/4 32/19 35/15 36/7 36/18 37/4 37/20 38/6 38/17 39/2 39/14 40/4 40/19 41/5 41/22 42/24 46/5 47/16 47/25 48/15 50/2 50/14 51/6 51/24 54/1
MS [9] 2/11 3/5 3/8 7/16 9/7 13/19 16/15 17/17 30/1
Ms. [115]
Ms. Bowers [6] 16/3 16/6 16/8 16/12 16/17 17/12
Ms. Dunnavant [5] 24/6 24/19 28/12 49/14 52/14
Ms. Orozco [48] 5/22 7/12 8/2 9/11 9/25 10/17 11/10 13/5 13/23 15/19 18/6 19/20 20/6 20/17 21/5 21/21 22/8 22/20 23/14 29/13 31/7 33/13 35/17 36/9 36/20 37/6 37/14 37/22 38/8 38/19 39/4 39/16 40/6 40/21 41/7 41/24 43/13 46/7 47/5 47/18 48/2 48/19 50/4 50/16 51/8 51/22 53/23 55/2
Ms. Orozco's [1] 46/14
Ms. Taber [9] 5/21 6/9 7/23 9/21 10/13 11/6 13/1 15/15 17/10
Ms. Wright [46] 5/22 8/6 8/23 9/15 10/4 10/21 11/14 13/9 14/2 15/23 18/10 19/24 20/10 20/21 21/9 21/12 21/25 22/12 22/24 23/18 25/6 26/10 26/20 27/3 28/3 28/22 29/17 30/5 31/12 35/4 35/21 39/20 40/10 40/25 41/11 42/3 46/11 48/6 49/1 50/8 50/20 51/12 52/1 54/6 55/2 55/7
must [8] 15/7 15/9 18/12 25/18 25/21 43/3 47/9 53/21
my [2] 7/6 15/11

## N

N-A-T-H-A-N-I-E-L [1] 8/19
name [10] 4/5 5/4 6/5 7/9 7/18 8/10 8/12 8/17 8/21 8/23
namely [2] 32/15 33/4
narcotic [1] 22/3
narcotics [1] 21/16
Nathan [3] 5/17 8/11 8/15
NATHANIEL [8] 1/14 7/15 8/12 8/14 8/17 8/17 8/18 8/21
nature [2] 29/20 31/5
need [7] 5/20 6/24 14/23 16/3 16/9 27/11 41/13
NEIL [2] 2/18 2/18
never [2] 14/25 15/2
next [1] 11/23
no [54] 1/3 1/12 1/19 14/25 15/10 16/10

21/2 21/4 21/6 21/8 21/14 21/18 21/20 21/22 21/24 22/1 22/5 22/7 22/9 22/11 22/13 22/17 22/19 22/21 22/23 23/6 23/24 24/1 24/3 24/5 24/7 26/25 27/2 27/4 27/8 27/10 39/13 39/15 39/17 39/19 39/23 40/3 40/5 40/7 40/9 40/11 46/17 46/18 47/24 48/1 48/3 48/5 48/7 56/11
NORTHERN [4] 1/1 2/4 30/22 56/12
not [52] 10/1 12/3 12/13 12/17 13/13 14/10 14/10 15/7 18/17 18/21 18/22 18/23 19/13 23/21 25/9 25/17 25/20 25/24 27/9 28/6 29/3 42/11 42/11 42/12 42/13 42/25 42/25 43/2 43/10 43/13 43/14 43/17 43/25 44/21 44/21 44/24 45/7 45/12 45/14 45/15 45/23 46/21 46/23 47/1 47/12 48/1 48/16 48/20 48/23 49/2 54/19 54/23
note [2] 17/14 53/9
now [13] 9/2 10/23 13/11 14/4 16/22 22/2 30/8 31/17 35/6 35/23 42/5 48/9 53/14
number [7] 5/6 5/9 5/11 5/13 5/15 5/16 5/18
numbered [1] 49/19

## O

o'clock [5] 17/1 17/6 17/8 17/9 17/13
oath [1] 9/2
objection [1] 53/20
objections [2] 53/13 53/21
obligation [1] 18/13
Off [2] 16/14 27/14
Off-the-record [2] 16/14 27/14
offense [14] 12/2 31/15 32/7 32/18 33/12 34/4 34/18 35/3 40/14 41/14 43/11 45/8 52/24 53/1
office [7] 2/15 2/18 3/1 33/16 41/17 42/6 53/3
officers [1] 14/15
Offices [1] 2/7
Official [1] 56/12
Oh [2] 6/21 55/8
okay [5] 14/25 16/5 16/23 43/20 55/10
old [1] 20/1
one [5] 18/18 30/16 43/3 48/14 48/22
one-count [3] 30/16 48/14 48/22
only [1] 15/10
opportunity [4] 14/18 19/1 47/11 53/12
order [4] 5/20 11/20 45/21 52/16
ordered [2] 45/13 53/7
OROZCO [57]
Orozco's [1] 46/14
other [10] 6/13 13/11 15/10 16/22 18/15 18/19 39/8 39/25 41/18 47/6
our [2] 16/1 17/21
out [4] 31/17 33/24 46/18 54/15
outside [2] 14/15 32/25
over [1] 10/9
overall [3] 32/3 42/19 44/14
own [1] 38/23

## P

P.O [2] 3/2 3/6
PAGE [1] 4/2
paid [1] 45/21
paragraph [6] 37/11 37/12 37/13 37/16 38/3 43/21
parenthesis [1] 43/22
Park [1] 2/8
parole [2] 19/11 19/13
part [1] 46/21
Pause [4] 16/6 16/15 27/15 44/7

**P**

pecuniary [1] 43/7
penalties [5] 42/6 43/21 44/20 45/11
46/1
penalty [3] 14/7 14/19 15/4
pending [1] 54/11
people [1] 16/22
period [9] 42/11 42/18 42/19 42/25
43/13 44/13 44/14 44/21 45/12
perjury [1] 9/4
permitted [1] 18/22
persist [1] 12/2
person [1] 34/22
persons [3] 25/21 31/20 32/22
phone [1] 30/24
physical [1] 11/21
physically [1] 39/25
physician [1] 20/24
place [3] 29/3 32/25 32/25
placing [1] 36/24
Plano [1] 2/9
plea [48] 1/16 1/23 10/9 10/24 11/18
11/19 12/2 13/12 14/8 15/6 15/8 18/22
23/22 24/8 24/10 35/23 36/1 36/3 36/4
36/14 36/14 36/15 37/1 37/10 37/12
37/17 38/3 38/12 38/13 38/14 38/24
39/8 39/10 39/22 40/13 46/23 47/1 47/2
47/5 47/10 47/11 47/12 49/5 49/18
52/20 52/21 52/22 54/25
plead [15] 12/1 12/3 13/11 14/5 14/16
15/6 15/9 40/1 40/14 46/1 48/10 48/14
48/18 48/22 48/25
pleading [4] 13/13 15/12 41/14 42/8
pleas [5] 4/7 14/18 16/19 17/5 49/17
please [7] 5/4 6/1 6/5 7/9 27/13 30/20
44/5
pled [1] 53/1
PLLC [1] 3/5
point [2] 27/11 47/22
portion [2] 43/22 50/24
possess [2] 31/21 41/17
possessed [1] 34/21
possible [1] 18/14
posted [1] 6/23
Postponed [1] 4/6
power [1] 12/10
prepared [2] 14/14 53/2
prescribed [1] 56/6
presence [2] 14/11 14/15
present [6] 12/16 14/13 14/18 25/18
53/7 54/23
presented [1] 34/11
presentence [4] 14/14 18/24 53/2 53/11
pressure [1] 15/8
prison [1] 42/12
probable [2] 25/11 25/22
probation [2] 14/15 53/3
proceed [5] 11/19 26/1 42/23 44/8 51/3
proceeding [5] 4/2 6/25 11/24 24/22
24/22
proceeding -- that [1] 24/22
proceedings [11] 3/12 12/17 16/6 16/15
21/13 23/5 27/15 44/7 54/12 55/16 56/4
proceeds [2] 33/3 33/7
process [2] 12/10 15/12
produced [1] 3/13
production [1] 12/11
progressing [1] 6/24
promise [5] 14/21 15/3 39/9 39/20 47/6
promises [2] 15/7 26/22
prompted [1] 15/7
pronounce [1] 52/25

properly [1] 5/25
property [3] 23/6 44/17 44/23
proposing [1] 24/9
prosecution [1] 9/4
prosecutor [2] 16/12 27/12
prove [4] 12/20 33/18 34/10 34/19
provide [1] 46/23
provided [5] 10/23 28/14 40/15 49/18
53/10
psychiatrist [1] 20/25
public [2] 12/6 41/17
punishment [4] 18/19 35/9 40/14 40/15
purely [1] 15/9
purpose [3] 31/23 32/2 33/24
purposes [1] 29/5
pursue [1] 25/17
pushed [1] 17/3

**Q**

question [4] 23/7 27/21 46/15 47/21
questions [1] 9/2
quick [1] 16/13

**R**

R.D [1] 3/1
raise [1] 6/1
RANDY [2] 2/11 2/11
range [5] 18/14 18/24 19/3 19/6 40/15
rather [2] 10/7 53/14
reached [2] 31/21 32/23
read [17] 9/17 29/19 29/19 30/8 30/11
30/17 30/20 31/5 31/8 36/13 36/13
37/15 37/15 49/22 49/22 50/25 50/25
reading [4] 30/10 31/8 51/2 51/15
ready [1] 7/1
real [1] 16/13
really [1] 6/14
rearraignment [2] 1/9 5/4
reason [4] 15/10 23/21 28/6 54/16
reasonable [4] 12/20 19/7 34/10 34/20
receive [1] 46/25
received [2] 29/6 35/12
recent [1] 53/8
recommendation [1] 46/23
reconsider [1] 54/17
record [12] 5/25 6/6 6/18 8/16 8/20
16/14 27/14 29/5 30/9 30/17 46/21 56/3
referral [1] 53/16
reflect [2] 8/16 8/21
Reform [2] 15/25 17/20
regard [2] 17/19 19/15
REGINALD [3] 1/5 5/7 6/8
reject [1] 47/10
release [20] 42/13 42/16 42/16 42/19
43/2 43/4 43/6 43/17 43/22 43/24 44/11
44/11 44/14 44/24 45/1 45/3 45/15
45/18 45/19 55/7
released [2] 19/13 55/2
relevant [2] 43/10 45/7
rely [2] 14/21 15/2
remain [2] 54/11 54/24
remanded [3] 7/2 17/10 54/12
report [9] 14/14 14/15 18/25 19/2 53/2
53/4 53/11 53/17 53/21
reported [1] 3/12
reporter [4] 3/8 5/24 6/18 56/12
Reporter's [2] 4/14 56/1
reporting [1] 33/10
representation [2] 35/11 55/12
representations [1] 34/2
representatives [1] 14/12
represented [1] 33/7
request [1] 25/19

require [2] 42/17 44/12
required [1] 12/19
requirement [1] 33/10
reset [3] 4/4 6/15 6/22
responses [3] 5/25 6/19 52/18
restitution [6] 43/7 43/9 45/4 45/6 45/21
45/23
resume [8] 44/3 44/6 49/23 49/24 50/11
50/24 51/16 52/4
resumes [2] 49/18 52/17
retains [1] 10/8
return [1] 25/10
returned [2] 7/19 8/24
review [1] 14/14
revocation [2] 42/18 44/13
revoke [2] 42/16 44/11
right [48] 5/20 5/23 6/1 6/21 7/2 7/9
8/13 8/20 11/17 12/6 12/8 12/10 12/16
12/21 13/14 16/17 16/22 17/2 17/3
17/10 17/18 19/8 19/9 19/10 23/3 23/7
24/21 25/12 26/5 26/14 27/5 27/11
27/20 27/23 29/6 30/19 31/14 32/10
37/16 38/2 41/16 44/2 46/22 47/1 47/11
47/20 54/9 54/20
rights [5] 12/5 12/23 13/14 41/16 41/18
rise [1] 55/5
risk [1] 54/23
RMR [3] 3/8 56/2 56/11
ROCHELLE [2] 1/21 7/17
Room [2] 3/8 56/16
run [1] 45/13

**S**

SAENZ [4] 3/8 56/2 56/10 56/11
said [3] 53/18 53/20 55/8
same [5] 5/8 5/10 5/12 5/14 55/3
satisfied [2] 35/11 52/18
says [1] 43/21
scheduled [4] 53/23 54/1 54/4 54/6
scheme [3] 33/19 33/25 34/1
scope [1] 32/3
Second [3] 33/21 34/14 34/23
Section [3] 18/16 31/2 53/9
see [5] 12/8 16/12 17/12 28/5 46/22
seizure [1] 6/13
sentence [7] 17/23 19/5 19/6 19/8 46/24
47/7 53/6
sentenced [5] 19/12 53/24 54/1 54/4
54/6
sentencing [15] 16/10 15/25 16/2 17/19
17/20 17/21 17/25 18/1 18/13 18/15
19/15 35/9 53/3 53/8 53/11
sentencings [1] 54/8
September [1] 30/21
September 24th [1] 30/21
serve [3] 41/17 42/17 44/12
set [7] 5/3 16/19 19/2 31/17 38/3 38/13
42/6
Seven [1] 6/3
several [2] 5/3 24/21
severe [1] 46/25
severity [1] 53/5
she [2] 14/5 45/18
she's [1] 46/19
should [5] 14/21 15/2 15/6 15/9 28/6
sign [1] 29/3
signature [7] 11/2 28/16 35/25 36/3
36/24 50/10 51/1
signed [4] 11/1 28/15 49/20 56/8
signing [2] 11/20 29/4
sir [66]
situation [1] 27/19
six [1] 20/24

## S

S [1] 17/1
30 [18] 5/25 5/24 7/2 8/20 13/1 13/9
18/12 19/12 24/24 25/24 29/3 30/7
30/10 34/23 43/23 43/25 46/24 55/1
some [4] 11/25 19/9 33/7 46/15
somebody [1] 16/24
somewhere [1] 40/15
sorry [5] 14/24 16/23 26/12 43/20 55/9
sound [1] 5/24 6/20
speak [2] 5/24 6/20
speaking [2] 6/17 6/25
special [5] 42/21 43/7 44/16 45/4 45/20
specific [3] 33/21 46/23 47/7
specified [1] 33/3
speedy [1] 12/6
spell [1] 8/18
spelled [3] 7/18 8/11 8/23
stages [1] 12/17
stand [1] 11/23
standing [1] 6/14
state [3] 6/5 7/9 33/10
stated [2] 51/16 52/4
statement [2] 9/4 14/22 15/2
STATES [38] 1/1 1/3 1/10 1/12 1/17
1/19 1/24 2/3 5/6 5/8 5/10 5/12 5/14
5/16 5/18 7/3 10/25 12/4 12/19 16/1
17/11 17/21 25/8 25/14 26/2 30/8 31/1
31/16 32/25 33/1 34/12 34/13 35/1 41/2
42/6 50/23 54/10 56/7
status [1] 54/17
statute [1] 40/16
stenography [1] 3/12
still [1] 46/25
stipulated [3] 18/17 18/20 50/23
stipulates [1] 54/21
stipulations [1] 18/21
Street [4] 2/4 2/22 3/8 56/16
strike [1] 43/25
styled [1] 49/19
subject [2] 43/15 46/1
submitted [1] 46/13
substance [3] 32/4 32/16 33/5
substitute [1] 8/14
such [10] 12/13 12/19 25/16 28/6 41/16
42/16 42/17 44/11 44/12 49/17
suffer [1] 22/14
sufficient [1] 55/8
sufficiently [1] 6/17
Suite [2] 2/4 2/8
superfluous [1] 46/21
superseding [4] 30/16 48/11 48/15
48/19
supervised [17] 42/13 42/16 42/19 43/2
43/4 43/5 43/16 43/22 43/24 44/11
44/14 44/23 45/1 45/2 45/15 45/18
45/19
supervision [4] 42/22 43/12 44/18 45/9
supplement [3] 36/1 36/4 36/14 38/14
support [1] 49/17
supported [1] 52/22
Supreme [2] 16/1 17/21
sure [3] 5/20 15/1 16/11
sworn [2] 6/2 6/3
system [1] 19/11

## T

TABER [19] 1/6 2/11 4/6 5/8 5/21 6/9
6/10 7/23 9/7 9/21 10/13 11/6 13/1
13/19 15/15 16/7 16/16 17/10 17/17
take [1] 18/20
talk [1] 14/10
talking [1] 6/14

## TDC

TDC [1] 17/1
telephone [1] 2/5 2/9 2/12 2/16 2/20
2/23 3/3 3/7 3/9 32/13 56/18
tell [1] 7/1
telling [1] 53/17
term [21] 42/13 42/15 42/16 42/17
42/19 43/2 43/3 43/5 43/16 43/21 43/24
44/10 44/11 44/12 44/14 44/23 44/25
45/2 45/15 45/17 45/19
terms [2] 38/12 45/13
Terry [2] 53/24 54/2
testify [2] 12/14 12/14
TEXAS [18] 1/1 1/4 1/13 1/20 2/4 2/5
2/9 2/12 2/16 2/19 2/22 3/2 3/6 3/9
30/22 56/11 56/12 56/16
than [17] 10/7 25/21 39/8 42/11 42/11
42/13 42/25 43/3 43/14 43/17 43/25
44/21 44/24 45/12 45/16 46/25 53/15
Thank [6] 6/4 7/5 7/6 17/16 44/9 55/14
that [117]
that -- and [1] 55/7
that's [6] 8/24 16/25 17/5 17/7 31/5
43/22
them [6] 5/25 13/15 30/12 52/5 52/21
54/19
then [10] 11/24 28/24 46/20 47/11 48/8
49/16 52/16 53/21 54/20 55/1
there [14] 11/21 11/24 12/13 16/8 21/11
21/3 25/10 25/22 29/3 36/1 37/10 46/15
47/21 54/16
there's [1] 43/20
therefore [2] 47/9 54/12
these [8] 12/23 17/6 35/25 36/2 36/15
36/24 54/17 54/22
they [1] 52/7
think [1] 7/1
third [3] 33/23 34/16 34/25
this [30] 6/15 6/25 10/7 11/2 11/2 11/19
11/24 12/7 16/19 16/21 17/14 27/11
27/17 28/16 30/12 36/3 38/1 38/3 38/24
46/20 47/22 50/10 50/22 52/19 53/14
53/16 53/22 54/8 54/13 56/8
those [8] 13/14 17/25 29/20 31/17 51/2
53/21 54/8 56/6
though [1] 26/2
thought [1] 53/9
threats [2] 15/8 26/22
three [10] 17/6 17/8 17/9 17/13 17/15
43/17 43/25 44/1 44/24 45/16
through [3] 16/21 32/25 44/1
TIFFANY [3] 1/6 5/8 6/10
time [6] 6/14 27/17 30/12 50/22 54/13
today [2] 23/9 53/18
today's [1] 21/13 23/4
tongue [1] 6/13
total [2] 45/14 45/22
Tower [1] 2/8
transaction [4] 33/2 33/3 33/7 33/10
transactions [1] 44/23
transcript [6] 1/9 1/16 1/23 3/12 56/3
56/5
transfer [2] 16/23 32/24
transferred [1] 17/1
transmission [1] 32/24
transport [1] 32/24
treated [1] 21/15
treatment [1] 21/12
trial [6] 12/6 12/13 12/19 13/13 13/14
13/15
true [7] 8/17 8/21 51/16 51/19 51/21
52/5 56/3
twice [1] 43/1 43/14 44/22
two [5] 17/1 31/20 32/22 43/24 49/1

## two-count

two-count [1] 49/1
type [1] 41/18

## U

U.S [1] 33/16
Uh [1] 23/2
Uh-huh [1] 23/2
under [17] 9/2 15/25 17/20 18/15 18/15
19/4 19/9 20/24 22/2 25/8 31/1 33/10
43/8 43/21 44/25 45/5 55/3
understand [24] 6/18 9/1 9/18 10/6
12/22 13/16 15/11 19/14 21/13 23/8
24/25 26/14 29/20 31/4 36/15 37/16
40/12 41/19 45/25 46/24 47/13 49/23
50/25 52/5
understanding [1] 23/4
understood [1] 55/12
UNITED [38] 1/1 1/3 1/10 1/12 1/17
1/19 1/24 2/3 5/6 5/8 5/10 5/12 5/14
5/16 5/18 7/3 10/25 12/4 12/19 16/1
17/11 17/21 25/8 25/14 26/2 30/8 31/1
31/16 32/25 33/1 34/12 34/13 35/1 41/2
42/6 50/23 54/10 56/7
unlawful [4] 31/23 32/1 33/4 33/8
unless [3] 14/5 19/9 25/9
until [1] 18/24
up [7] 5/24 15/1 16/9 16/12 17/3 27/13
47/22
upon [16] 14/8 14/8 14/19 14/21 15/2
19/7 26/1 30/19 31/16 31/18 33/16 34/7
36/24 42/5 53/15 55/2
USC [1] 18/16
use [2] 12/10 30/24
used [3] 9/3 32/12 33/23

## V

valuable [1] 41/18
value [1] 43/15
verdict [2] 14/8 14/13
versus [10] 1/4 1/13 1/20 5/6 5/8 5/10
5/12 5/14 5/16 5/19
Very [7] 11/24 28/24 46/20 52/16 54/20
55/1 55/15
victim [1] 45/21
victims [2] 43/8 45/5
violates [5] 42/15 43/4 44/10 45/1 45/18
violation [1] 43/16
VOLUME [1] 1/9 1/16 1/23
voluntarily [4] 11/17 29/1 38/2 38/23
voluntary [3] 15/9 24/10 52/22
vote [1] 41/16

## W

wait [1] 16/22
waive [24] 13/14 19/9 25/12 25/17
25/25 26/23 27/5 27/23 28/6 30/10
30/11 30/14 31/8 31/9 31/11 31/13 38/2
51/1 51/5 51/7 51/9 51/11 51/13 51/14
waived [1] 11/17
waiver [7] 28/7 28/14 28/16 28/25 29/2
37/11 37/16
waiving [1] 26/5
want [3] 14/25 30/16 37/11
wanted [1] 6/15
warning [2] 46/14 46/18
was [3] 34/14 34/16 46/17
Waxahachie [1] 3/2
way [1] 39/25
we [11] 6/24 8/14 11/23 14/23 16/8
16/19 16/22 24/21 27/11 43/25 54/25
we'll [4] 6/7 17/14 31/18 42/9
we're [4] 5/20 6/21 17/3 23/8
we've [4] 5/23 27/18 47/20 47/22

# W

WEIMER [2]  2/2 33/16
well [11]  11/24 13/14 28/24 35/8 35/25 46/20 52/16 53/11 54/20 55/1 55/15
were [1]  12/20
what [7]  7/1 15/4 19/3 20/12 23/8 53/17 53/18
where [2]  6/17 14/11
whether [6]  12/14 14/7 14/22 15/3 29/7 47/9
which [21]  10/25 11/22 12/15 25/23 28/15 37/12 40/14 41/14 42/7 43/3 43/8 43/9 44/24 45/5 45/6 45/13 45/16 46/14 49/18 49/20 53/1
who [4]  10/8 10/10 14/4 16/22
why [3]  16/12 17/5 28/6
will [31]  6/16 10/10 13/12 14/10 14/14 14/14 14/16 14/17 14/19 15/4 16/22 18/23 19/13 24/9 26/1 30/10 31/16 38/24 40/13 40/14 44/25 45/17 47/1 47/11 51/1 51/14 53/2 53/3 53/10 53/12 54/8
willfully [1]  32/1
WILLIAM [6]  1/14 5/17 7/15 8/11 8/17 8/21
wire [1]  33/23
wish [5]  27/5 27/23 30/11 31/7 51/3
wishes [1]  25/17
wit [1]  30/24
withdraw [3]  18/22 47/2 47/12
within [5]  19/5 19/11 20/23 40/15 53/21
without [1]  34/23
witnesses [2]  12/9 12/12
word [2]  4/15 43/23
work [1]  16/21
WORTH [12]  1/2 1/4 1/13 1/20 2/5 2/12 2/16 2/22 3/9 30/22 56/13 56/16
would [17]  5/4 6/1 6/5 8/14 12/14 12/14 12/15 12/18 12/19 12/21 13/14 30/7 33/17 34/9 34/19 44/4 50/22
WRIGHT [56]  1/21 3/5 4/12 5/19 5/22 7/16 7/17 8/6 8/23 9/15 10/4 10/21 11/14 13/9 14/2 15/23 18/10 19/24 20/10 20/21 21/9 21/12 21/25 22/12 22/24 23/18 24/24 25/6 26/10 26/20 27/3 28/3 28/22 29/17 30/5 31/12 34/7 35/4 35/21 39/20 40/10 40/25 41/11 42/3 45/10 46/11 48/6 49/1 50/8 50/20 51/12 52/1 54/6 54/14 55/2 55/7
write [1]  9/17
written [4]  28/14 39/8 53/17 53/20

# Y

yahoo.com [2]  3/10 56/19
Yeah [1]  6/21
year [1]  43/3
years [13]  42/11 42/14 42/25 43/14 43/17 43/18 43/24 43/25 44/21 44/24 45/12 45/14 45/16
years -- could [1]  43/18
Yes [188]
you [228]
you'll [1]  46/25
you're [2]  17/10 17/12
you've [2]  35/7 50/24
YOULANDA [3]  1/21 5/19 7/17
your [121]