**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 3 2013
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

Fort Worth Division

Jan 3, 2013

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT: 12-10409          USA vs. Reginald Brown          4:11-CR-096-(23)-Y

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or      ☐ Supplemental record on appeal
   consisting of __1__ volumes of the record and/or any of the items indicated below:

|   |   |   |   |
|---|---|---|---|
| 2 | Volume(s) of the transcript | ___ | Volume(s) of depositions |
| ___ | Container(s) of exhibits | ___ | Folder(s) of State Court Papers |
| 5 | Sealed documents | ___ | Audio Visual Tapes |
| 1 | PSI and SOR page Sealed |   |   |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: /s/ Tamara Ellis
          Deputy Clerk