United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**FILED**
April 16, 2013

Lyle W. Cayce
Clerk

No. 12-10409
Conference Calendar

D.C. Docket No. 4:11-CR-96-23

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

REGINALD BROWN, also known as Big Boy,

    Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 10 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: May 7, 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
5/7/13

New Orleans, Louisiana