ORIGINAL

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 08, 2013

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102



No. 12-10409,   USA v. Reginald Brown
        USDC No. 4:11-CR-96-23-Y

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned: 2 envelopes.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Claudia N. Farrington, Deputy Clerk
504-310-7706

cc: (letter only)
    Honorable Terry R. Means
    Mr. Reginald Brown
    Mr. James Wesley Hendrix

P.S. to Judge Means:  A copy of the opinion was sent to your office via email the day it was filed.

Rcvd Cert cy sealed docs # 119-122, 1263
1 DSR/SGR (destroyed)