IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:11-CR-096-Y(23) |
| | § | |
| REGINALD BROWN | § | |

## ORDER DENYING MOTION FOR RELIEF UNDER § 3582(C)

Before the Court is Defendant's motion under 18 U.S.C. § 3582(c) (doc. 2062). Defendant seeks a reduction of his sentence based on the 2014 retroactive amendment to the United States Sentencing Guidelines reducing the base offense levels applicable to most quantities on the drug and chemical quantity tables, known as Amendment 782.

As part of his plea agreement, Defendant expressly waived his right to seek any future reduction of his sentence based on changes to the sentencing guidelines. Therefore, he is not eligible for re-sentencing and his motion is DENIED.

SIGNED June 23, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj